UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                v.                                                22-CR-109-LJV-HKS

PAYTON GENDRON,                                      NOTICE OF MOTION

              Defendant.
_____

| | |
|---|---|
| **MOTION BY:** | MaryBeth Covert, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers**. |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender MaryBeth Covert, dated July 27, 2022. |
| **RELIEF REQUESTED:** | File under seal. |
| **DATED:** | Buffalo, New York, July 27, 2022. |

Respectfully submitted,

**/s/ MaryBeth Covert**
MaryBeth Covert
Senior Litigator
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
marybeth_covert@fd.org
Counsel for Defendant

**TO:**    Joseph M. Tripi
          Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                            **22-CR-109-LJV-HKS**

v.

PAYTON GENDRON,                                          **AFFIRMATION**

        Defendant.
_____

**MARYBETH COVERT,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Payton Gendron.

2. There is confidential information contained in the defendant's Motion, and therefore, the defense is requesting that it be filed under seal.

**WHEREFORE**, it is respectfully requested that the Defendant's Motion be filed under seal.

**DATED**:     Buffalo, New York, July 27, 2022.

                                                  Respectfully submitted,

                                                  **/s/ MaryBeth Covert**
                                                  MaryBeth Covert
                                                  Senior Litigator
                                                  Federal Public Defender's Office
                                                  300 Pearl Street, Suite 200
                                                  Buffalo, New York 14202
                                                  (716) 551-3341, (716) 551-3346 (Fax)
                                                  marybeth_covert@fd.org
                                                  Counsel for Defendant

**TO:**  Joseph M. Tripi
     Assistant United States Attorney