EXHIBIT D



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2019

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The Government writes in advance of the November 18, 2019 conference scheduled in the above-referenced matter. To discuss the defendant's request for certain records relating to the Master and Qualified Jury Wheels (the "Requested Records"), the Government has arranged a conference call with defense counsel and the Jury Clerk for the Southern District of New York. The Jury Clerk has advised the Government that the Clerk cannot share information about the Requested Records without authorization from the Court. Accordingly, the Government respectfully requests that the Court issue an order authorizing the Jury Clerk to disclose any necessary information about the Requested Records on the conference call so that the parties can confer about the appropriate scope and format for provision of such records.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:   /s/
     Amanda Houle
     Sidhardha Kamaraju
     Matthew Laroche
     Jason Richman
     Assistant United States Attorneys
     (212) 637-2194/6523/2420/2589

Application Granted. However, it is hereby ordered that prior to any call with the Jury Administrator, the government, and defense are to provide me with a concise list of the proposed questions, or specific information to be discussed during the call. In addition, this order does not direct or rule upon the defense application dated November 5, 2019 (doc. 218), and their attachments thereto. The call will not happen until I have reviewed and approved the proposed questions, or specific information.

SO ORDERED:

*[Signature: Vernon Broderick]* 11/13/2019
Vernon S. Broderick
United States District Judge