UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                    22-MJ-124 (HKS)

PAYTON GENDRON,
(ICN # 157103)

          Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:    Charles F. Salina, United States Marshal
         Western District of New York, or his Deputies

         Superintendent, Erie County Holding Center
         or his Deputies or Designees

GREETINGS:

**YOU ARE HEREBY COMMANDED** to produce the body of **PAYTON GENDRON**, now detained in the Erie County Holding Center, at Buffalo, New York, before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, in and for the Western District of New York at the United States Courthouse in the City of Buffalo, New York, on **Monday, July 18, 2022,** at **11:00 a.m.,** for an arraignment and, thereafter, said defendant is to be returned to his place of confinement.

**WITNESS,** the Clerk of the Court for the Western District of New York, at Buffalo, New York, on July 14, 2022.

_Mary C. Loewenguth_
MARY C. LOEWENGUTH, CLERK
United States District Court
Western District of New York

**U.S. MARSHALS RETURN**
I HAVE PARTIALLY / ~~FINALLY~~ EXECUTED THIS WRIT BY TAKING CUSTODY ~~OF THE~~ WITHIN NAMED PRISONER

AT Erie County Holding Center (ECHC) ON 7/18/22
AND DELIVERING him TO Buffalo Fed court
_____ FOR FURTHER TRANSFER TO
ECHC

Charles Salina
U.S. MARSHAL

BY Brett Harrison
DEPUTY U.S. MARSHAL

2