IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  22-CR-109

PAYTON GENDRON,
(ICN # 157103)

Defendant.

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **PAYTON GENDRON**, was involved in a crime against the United States, a violation of Title 18, United States Code, Sections 249(a)(1), 924(c)(1)(A), and 924(j)(1). He is incarcerated at the Erie County Holding Center at Buffalo, New York. His presence is required in the United States District Court at Buffalo, New York, for a status conference.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take said defendant into custody and bring him before the United States

District Court, City of Buffalo, New York, on **Friday, December 9, 2022,** at **10:30 a.m.,** and, thereafter, said defendant is to be returned to his place of confinement.

DATED: Buffalo, New York, December 1, 2022.

                                        TRINI E. ROSS
                                        United States Attorney

BY:   *[signature]*
        JOSEPH M. TRIPI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York   14202
        716/843-5839
        Joseph.Tripi@usdoj.gov

IT IS SO ORDERED:

*[signature]*

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED:   December **2**, 2022.