IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  22-CR-109

PAYTON GENDRON,
(ICN # 157103)

Defendant.

---

### PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **PAYTON GENDRON**, was involved in crimes against the United States, in violation of Title 18, United States Code, Sections 249(a)(1), 924(c)(1)(A), and 924(j)(1). He is incarcerated at the Erie County Holding Center at Buffalo, New York. His presence is required in the United States District Court at Buffalo, New York, for a court appearance.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take said defendant into custody and bring him before the United States District Court, City of Buffalo, New York, on **Thursday, February 16, 2023,** at **11:00 a.m.,**

and, thereafter, said defendant is to be returned to his place of confinement unless the defendant exercises his right to remain in federal custody for the pendency of this action under the Interstate Agreement on Detainers.

DATED: Buffalo, New York, February 3, 2023.

                         TRINI E. ROSS
                         United States Attorney

BY: _____
       BRETT A. HARVEY
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       100 State Street, Suite 500
       Rochester, New York 14614
       585/399.3949
       Brett.Harvey@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED: February 3, 2023.