2/16/23

U.S vs. Payton Gendron

Please be advised that Payton Gendron hereby exercizes his right to be held in the custody of the USMS until his federal charges are resolved pursuant to the Interstate Agreement on Detainers

Sonya A Zoghlin
Counsel for Payton Gendron