01:52PM

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
```

_____

**UNITED STATES OF AMERICA,**

                                                              Case No. 1:22-cr-109
           Plaintiff,                          (LJV)

vs.                                    January 12, 2024

**PAYTON GENDRON,**

                                               **Buffalo, New York**
           Defendant.
_____

```
            TRANSCRIPT OF STATUS CONFERENCE
        BEFORE THE HONORABLE LAWRENCE J. VILARDO
              UNITED STATES DISTRICT JUDGE
```

**APPEARANCES**:    **TRINI E. ROSS, UNITED STATES ATTORNEY**
                   **BY: JOSEPH M. TRIPI, ESQ.** (Buffalo)
                      **BRETT A. HARVEY, ESQ.** (Rochester)
                   Assistant United States Attorneys
                 Federal Centre, 138 Delaware Avenue
                 Buffalo, New York 14202

                 **USA DEPARTMENT OF JUSTICE CIVIL RIGHTS DIV.**
                 **BY: LAURA B. GILSON, ESQ.**
                 150 M. Street NE
                 Washington, D.C. 20530

                 **USA DEPARTMENT OF JUSTICE CRIMINAL DIVISION**
                 **BY: MICHAEL S. WARBEL, ESQ.**
                 1331 F. Street NW
                 Washington, D.C. 20004
                 For the Plaintiff

                 **OFFICE OF THE FEDERAL PUBLIC DEFENDER**
                 **BY: SONYA A. ZOGHLIN, ESQ.** (Rochester)
                     **ANNE M. BURGER, ESQ.** (Rochester)
                     **MARYBETH COVERT, ESQ.** (Buffalo)
               Assistant Federal Public Defenders
               300 Pearl Street, Suite 200
               Buffalo, New York 14202
               For the Defendant

**PARALEGAL**:     APRIL L. KELLY

```
LAW CLERKS:       REBECCA F. IZZO, ESQ.
                  CHELSEA R.C. THOMEER, J.D.

COURT CLERK:      COLLEEN M. DEMMA

COURT REPORTER:   ANN MEISSNER SAWYER, FCRR RPR CRR
                  Robert H. Jackson Courthouse
                  2 Niagara Square
                  Buffalo, New York 14202
                  Ann_Sawyer@nywd.uscourts.gov


                  *    *    *    *    *    *    *
```

02:03PM (Proceedings commenced at 2:03 p.m.)

02:03PM THE CLERK: All rise. United States District Court for the Western District of New York is now in session, the Honorable Lawrence J. Vilardo presiding.

02:03PM THE COURT: Please be seated.

02:03PM THE CLERK: 22-cr-109, United States of America versus Payton Gendron.

02:03PM Assistant United States Attorneys Joseph Tripi, Brett Harvey, and Laura Gilson, and DOJ Trial Attorney Michael Warbel, appearing on behalf of the government.

02:03PM Assistant Federal Public Defenders Sonya Zoghlin, Anne Burger, and MaryBeth Covert, appearing on behalf of the defendant. The defendant is not present.

02:03PM This is the date set for a status conference.

02:03PM THE COURT: Good afternoon, everyone.

02:04PM ALL PARTIES: Good afternoon, Your Honor.

02:04PM  1        THE COURT:  So, Ms. Zoghlin, you waive your client's
02:04PM  2   appearance?
02:04PM  3        MS. ZOGHLIN:  Yes, I do.
02:04PM  4        THE COURT:  Okay.  So I understand a decision has
02:04PM  5   been made.  I see that something's been filed on the docket,
02:04PM  6   and I've read that.
02:04PM  7        MR. TRIPI:  Yes, Your Honor, at docket 125 at 11:29
02:04PM  8   a.m., we filed a notice of intent to seek the death penalty
02:04PM  9   versus Payton Gendron.
02:04PM  10       THE COURT:  Okay.  So what do we need to do next from
02:04PM  11  the defense's perspective?
02:04PM  12       MS. ZOGHLIN:  What we would propose, Judge, is to
02:04PM  13  adjourn so that the government and the defense can get
02:04PM  14  together to see if there are any areas of agreement about a
02:04PM  15  motion schedule.
02:04PM  16       THE COURT:  Okay.
02:04PM  17       MS. ZOGHLIN:  Then bring back a proposal to the
02:04PM  18  Court.  I think realistically, I would propose a 30-day
02:04PM  19  adjournment to do that.  I don't know that we'll be able to,
02:04PM  20  of course, agree on everything, but I think we can probably
02:04PM  21  get a good start at least to have something to present to the
02:04PM  22  Court.
02:04PM  23       THE COURT:  Now there are two motions I know that
02:04PM  24  were pending in front of the magistrate judge that were
02:04PM  25  transferred to me that remain undecided.  We should do oral

02:05PM 1 argument on that.  Should we do that in 30 days?  Do you think
02:05PM 2 that is a -- so we'll schedule a motion argument and a
02:05PM 3 scheduling conference 30 days from now?
02:05PM 4 　　　　　MS. ZOGHLIN:  Let me address those two motions
02:05PM 5 separately, Judge?
02:05PM 6 　　　　　THE COURT:  Sure.
02:05PM 7 　　　　　MS. ZOGHLIN:  Regarding the jury selection motion, I
02:05PM 8 think there are certain things we can accomplish before we
02:05PM 9 have oral argument with the Court.  There's some, again, some
02:05PM 10 areas of agreement, some things that we -- information that we
02:05PM 11 can get from the jury commissioner that will aid in the Court
02:05PM 12 resolving that motion.
02:05PM 13 　　　　　THE COURT:  Okay.
02:05PM 14 　　　　　MS. ZOGHLIN:  I think it makes sense to do some of
02:05PM 15 that groundwork first.
02:05PM 16 　　　　　THE COURT:  Okay.
02:05PM 17 　　　　　MS. ZOGHLIN:  As to the other motion, I do think oral
02:05PM 18 argument would be appropriate.  I just hesitate, because I
02:05PM 19 think it would be helpful in that regard if we knew whether
02:05PM 20 the government is seeking any records -- this is regarding
02:05PM 21 Mr. Gendron's jail records.
02:05PM 22 　　　　　THE COURT:  Yes.
02:05PM 23 　　　　　MS. ZOGHLIN:  And, if so, then maybe that could --
02:06PM 24 　　　　　THE COURT:  Okay.  Mr. Tripi?
02:06PM 25 　　　　　MS. ZOGHLIN:  -- shorten the issue.

```
02:06PM   1              MR. TRIPI:  Judge, I agree with a lot of that.  We
02:06PM   2   were going to ask for a status conference in two weeks.  I
02:06PM   3   understand the defense is asking for 30 days.  Maybe we can
02:06PM   4   come back in three weeks, something like that, start off with
02:06PM   5   some compromises out of the gate.
02:06PM   6              But I do think we agree with needing to engage and
02:06PM   7   see if we could come up with a motion schedule that takes into
02:06PM   8   account all of the different types of motions that are going
02:06PM   9   to be filed.
02:06PM  10              We also would like, at least at the next appearance,
02:06PM  11   I understand that the defense has been consistently waiving
02:06PM  12   Mr. Gendron's appearance.  I think now that this notice of
02:06PM  13   intent has been filed, it might be prudent to bring him back
02:06PM  14   at least for one in-person appearance so that the Court can
02:06PM  15   ensure and hear from him.  Obviously, there is counsel, they
02:06PM  16   speak for him.  But I think given the change in the
02:06PM  17   circumstances here, it might be good to get on the record for
02:06PM  18   Mr. Gendron, if he's going to continue to waive his
02:06PM  19   appearance, to get it from him again directly.
02:06PM  20              THE COURT:  Okay.  And that makes sense to me.
02:07PM  21              MR. TRIPI:  Just looking at my checklist here, Judge.
02:07PM  22              THE COURT:  What about -- what about defense
02:07PM  23   counsel's position on the oral argument?  Do you agree we can
02:07PM  24   argue one motion three weeks from now, and the other one put
02:07PM  25   off?
```

```
02:07PM   1              MR. TRIPI:  I agree.  I agree with that.
02:07PM   2              And the only other thing is, and I don't know what
02:07PM   3   defense's position is on this or what their plan is, but I --
02:07PM   4   it's my understanding that in these cases, typically attorneys
02:07PM   5   get added to the defense team --
02:07PM   6              THE COURT:  Yes.
02:07PM   7              MR. TRIPI:  -- at a juncture.  We would ask that if
02:07PM   8   that's going to happen, that it happen expeditiously so that
02:07PM   9   it doesn't build a delay later on in the case, because you
02:07PM  10   inject new attorneys, and now they need to get up to speed.
02:07PM  11   So I just wanted to flag that.
02:07PM  12              THE COURT:  Go ahead.
02:07PM  13              MS. ZOGHLIN:  As to that issue, Judge, I respectfully
02:07PM  14   suggest that the defense team will organize ourselves as we
02:07PM  15   see appropriate.
02:07PM  16              And in terms of the -- Mr. Gendron's appearance, I'm
02:08PM  17   sure the Court is completely confident that we are
02:08PM  18   communicating accurately, that he has waived his appearance,
02:08PM  19   he has consistently waived his appearance, we are in regular
02:08PM  20   contact with him, and we reaffirm that every time there's a
02:08PM  21   court appearance.  I don't see why it would be required for
02:08PM  22   him to come at this point.
02:08PM  23              THE COURT:  Well, certainly not at the next
02:08PM  24   appearance.  But I do think there's going to come a point in
02:08PM  25   the relatively near future where he's going to need to be here
```

| | | |
|---|---|---|
| 02:08PM | 1 | for -- for things that happen in the case.  So -- so I'll |
| 02:08PM | 2 | leave it to your judgment for now, but I just want you folks |
| 02:08PM | 3 | to know that we're going to want him here sooner, rather than |
| 02:08PM | 4 | later, in terms of -- especially when we start arguing |
| 02:08PM | 5 | substantive motions, I'm going to want him here for that. |
| 02:08PM | 6 | MS. ZOGHLIN:  I understand, Judge.  We certainly |
| 02:08PM | 7 | weren't suggesting that he would never have to appear in, |
| 02:08PM | 8 | court.  For certain appearances, though, I think in some |
| 02:09PM | 9 | ways -- |
| 02:09PM | 10 | THE COURT:  Yeah, I think the next motion is not |
| 02:09PM | 11 | significant enough for him to be here, but, so let's leave it |
| 02:09PM | 12 | at that. |
| 02:09PM | 13 | So, let's set a date, Ms. Demma. |
| 02:09PM | 14 | THE CLERK:  Judge, I'm looking at Friday, |
| 02:09PM | 15 | February 2nd at 9:30 a.m., does that work with your schedules? |
| 02:09PM | 16 | MR. TRIPI:  Just one moment, please. |
| 02:09PM | 17 | THE COURT:  Is that Groundhog Day? |
| 02:09PM | 18 | MR. TRIPI:  That date and time works for the |
| 02:09PM | 19 | government, Your Honor. |
| 02:09PM | 20 | THE COURT:  Defense? |
| 02:09PM | 21 | MS. ZOGHLIN:  What time, Judge? |
| 02:09PM | 22 | THE CLERK:  At 9:30. |
| 02:09PM | 23 | MS. ZOGHLIN:  That works for us, Judge. |
| 02:09PM | 24 | THE COURT:  Okay. |
| 02:09PM | 25 | MS. ZOGHLIN:  And can we just clarify, Judge, I think |

```
02:09PM   1    we said that we're setting the jury selection motion aside for
02:10PM   2    now --
02:10PM   3             THE COURT:  Yeah.
02:10PM   4             MS. ZOGHLIN:  -- to do some other work?
02:10PM   5             In terms of the other motion, though, we would ask
02:10PM   6    for the government to propose what it is they think they are
02:10PM   7    entitled to, or they would like to get so that we can address
02:10PM   8    it.
02:10PM   9             THE COURT:  Yeah, I think Mr. Tripi said he would
02:10PM  10    discuss that with you, and then you folks can, you know,
02:10PM  11    figure out what is at issue, and then argue that in front of
02:10PM  12    me on -- in three weeks from now.
02:10PM  13             MR. TRIPI:  That's what we'll do, Judge.
02:10PM  14             THE COURT:  Okay.  Okay.  Anything else we need to do
02:10PM  15    today, Mr. Tripi?
02:10PM  16             MR. TRIPI:  No, Your Honor.
02:10PM  17             THE COURT:  Anything else from the defense?
02:10PM  18             MS. ZOGHLIN:  No.
02:10PM  19             THE COURT:  Okay.  Speedy trial?
02:10PM  20             MR. TRIPI:  Yes, Your Honor.  I would ask that the
02:10PM  21    time from today until February 2nd, 2024, be excluded from the
02:10PM  22    Speedy Trial Act, both in the interest of justice and the
02:10PM  23    interest of continuity and effective assistance of counsel.
02:10PM  24    In the intervening time period, we're going to be negotiating
02:10PM  25    with the defense regarding the proposed schedule so that the
```

```
02:10PM   1   case proceeds orderly, effectively.  It will inure to the
02:11PM   2   defendant's benefit, as well as the Court and the public's
02:11PM   3   benefit to be able to isolate what motions we're filing and
02:11PM   4   what scheduling, so that the case proceeds in an orderly and
02:11PM   5   expeditious fashion.
02:11PM   6              We'd ask that the time be excluded pursuant to 18, US
02:11PM   7   Code, 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
02:11PM   8              Additionally, there are motions pending, we just
02:11PM   9   discussed the argument of those motions.  Those motions also,
02:11PM  10   by operation of law, toll the time pursuant to 18,
02:11PM  11   3161(h)(1)(D).
02:11PM  12              THE COURT:  Defense?
02:11PM  13              MS. ZOGHLIN:  I agree with that, Judge, and I join in
02:11PM  14   that request.
02:11PM  15              THE COURT:  Okay.  So based on representations of
02:11PM  16   counsel, and based on the Court's understanding that there are
02:11PM  17   significant issues that need to be resolved in this case, the
02:11PM  18   first step being a discovery schedule which needs to be set,
02:11PM  19   the Court finds that the interests of justice served by a
02:11PM  20   continuance until and including February 2nd, 2024, namely
02:11PM  21   that the failure to grant that continuance would unreasonably
02:12PM  22   deny both sides the chance to negotiate a motion schedule, and
02:12PM  23   deny them the opportunity to come up with an orderly plan for
02:12PM  24   handling this case, are interests of justices that outweigh
02:12PM  25   the interest the defendant and the public in a speedier trial,
```

| | | |
|---|---|---|
| 02:12PM | 1 | and the Court therefore excludes time for Speedy Trial Act |
| 02:12PM | 2 | purposes pursuant to Title 18, United States Code, Sections |
| 02:12PM | 3 | 3161(h)(7)(A) and (h)(7)(B)(iv) from and including today's |
| 02:12PM | 4 | date, through and including February 2nd.  And the Court also |
| 02:12PM | 5 | notes that, as Mr. Tripi observed, that under (h)(1)(D) the |
| 02:12PM | 6 | time is automatically excluded because of the pendency of the |
| 02:12PM | 7 | defendant's motions. |
| 02:12PM | 8 | And you'll prepare a written order for me? |
| 02:12PM | 9 | MR. TRIPI:  We will, Your Honor. |
| 02:12PM | 10 | THE COURT:  Terrific. |
| 02:12PM | 11 | MR. TRIPI:  Thank you. |
| 02:12PM | 12 | THE COURT:  Is there anything else that we need to do |
| 02:12PM | 13 | right now? |
| 02:12PM | 14 | MS. ZOGHLIN:  No, thank you. |
| 02:12PM | 15 | MR. TRIPI:  No, we're all set, Judge. |
| 02:12PM | 16 | THE COURT:  Okay.  Thank you very much, everyone. |
| 02:12PM | 17 | (Proceedings concluded at 2:12 p.m.) |
| 02:12PM | 18 | *     *     *     *     *     *     * |

**CERTIFICATE OF REPORTER**

In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Western District of New York on January 12, 2024.

s/ Ann Meissner Sawyer
Ann Meissner Sawyer, FCRR, RPR, CRR
Official Court Reporter
U.S.D.C., W.D.N.Y.