# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                                              22-CR-109 (LJV)

PAYTON GENDRON,

           Defendant.
_____

## DEFENDANT'S PROPOSED SCHEDULING ORDER

**Discovery Motions**

| | |
|---|---|
| February 16, 2024: | The United States shall make available to the defendant all non-expert Fed. R. Crim. P. 16 discovery and all material for which disclosure is mandated by *Brady v. Maryland*, 373 U.S. 83 (1963).[1] |
| May 2, 2024: | Defense discovery motions:<br>■ Motion for Informational Outline regarding aggravating factors;<br>■ Motion for Bill of Particulars;<br>■ Discovery relating to statutory and non-statutory aggravating factors contained in Notice of Intent to Seek the Death Penalty;<br>■ Discovery relating to potential mitigating factors, e.g., evidence regarding conditions of confinement relevant to the absence of future danger;<br>■ Case-specific discovery.[2] |
| June 3, 2024 | Government responses to defense discovery motions. |

---

[1] This deadline is subject to the parties' continuing discovery obligations.

[2] This pleading refers to specific items of discovery identified by the defense as missing or incomplete from previous disclosures. The process of reviewing discovery that has been provided and identifying and requesting additional material from the government has been ongoing throughout the pendency of this case and the parties have worked together to resolve any such matters without court involvement. Accordingly, the defense will file specific motions to compel discovery only if necessary and will reach out to the government in advance in an attempt to resolve these issues short of litigation.

| | |
|---|---|
| July 1, 2024 | Defense replies to government responses to discovery motions. |
| July 17, 2024 | Oral argument/evidentiary hearings on motions and requests. |
| August 19, 2024 | All ordered disclosures due (informational outline regarding aggravating evidence, bill of particulars, etc.; all disclosures by United States under Fed. R. Evid. 404(b)(3), Fed. R. Evid. 609, and Fed. R. Evid. 807(b)). |

**Specific, Non-Discovery Dependent Pleadings**

| | |
|---|---|
| June 3, 2024 | Motion to Dismiss 18 U.S.C. § 924 (c) Counts; challenges to the constitutionality of the Federal Death Penalty Act; claims that the government is categorically precluded from seeking the death penalty due to the defendant's age. |
| July 3, 2024 | Government responses to defense motions challenging pleadings and evidence. |
| July 31, 2024 | Defense replies to government responses to defense motions challenging pleadings and evidence. |
| August 28, 2024 | Oral argument/evidentiary hearing on defense motions challenging pleadings and evidence. |

14 days after rulings on previously filed defense motions:

> Parties to confer and file joint proposed scheduling order covering litigation of discovery-dependent defense motions challenging pleadings and evidence (including motions challenging 404(b), validity of aggravating factors, motions to suppress, motions to enforce constitutional limits on victim impact evidence, motions to limit video/demonstrative evidence), to be followed by litigation related to trial procedures, such as Rule 12.2, venue, and jury selection.