*United States v. Payton Gendron*

**22-CR-109-LJV**

# DEFENDANT'S EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                           22-CR-109 (LJV)

PAYTON GENDRON,

         Defendant.

_____

**DEFENDANT'S PROPOSED SCHEDULE FOR LITIGATION
PURSUANT TO FED. R. CRIM. P. 12.2(b)**

| | |
|---|---|
| March 10, 2025 | Defense motion to establish procedures pursuant to Fed. R. Crim. P. 12.2(b). |
| April 7, 2025 | Government's response, defense motion to establish procedures pursuant to Fed. R. Crim. P. 12.2(b). |
| May 5, 2025 | Reply, defense motion to establish procedures pursuant to Fed. R. Crim. P. 12.2(b). |
| May 19-23, 2025 | Oral argument on defense motion to establish procedures pursuant to Fed. R. Crim. P. 12.2(b). |
| June 23, 2025 | Defense notice of intent to present expert evidence of mental condition pursuant to Fed. R. Crim. P. 12.2(b). |
| July 21, 2025 | Government motion for compelled expert mental examination of Defendant. |
| August 11, 2025 | Defense response, government motion for compelled expert mental examination of Defendant. |

1

August 25, 2025      Reply, government motion for compelled expert mental examination of Defendant.

September 2-5, 2025      Oral argument on government motion for compelled expert mental examination of Defendant