# EXHIBIT A

# GOVERNMENT PROPOSAL REGARDING FRCP 12.2 FILINGS

| | |
|---|---|
| Nov. 1, 2024: | Submissions regarding proposed Scope/Contents of 12.2(b) notice and proposed procedures for disclosure of mental health reports, testing data, expert notes, etc., to include requests to utilize government firewall |
| Dec. 1, 2024: | Responses, if necessary |
| Dec. 15, 2024: | Replies, if necessary |
| Jan. 6-10, 2025: | Oral Arguments, if necessary |
| Mar. 24, 2025: | Defense notice of intent to present expert evidence of mental condition pursuant to Fed. R. Crim. P. 12.2(b) |
| Mar. 31, 2025: | Government motion for mental examination(s) of Defendant |
| Apr. 14, 2025: | 1) Defense response to Government motion for mental examination of Defendant<br><br>2) Defense motions regarding procedures for government mental examination(s) of Defendant |
| Apr. 28, 2025: | 1) Government reply to defense response to Government motion for mental examination(s) of Defendant<br><br>2) Government response to Defense motions regarding procedures for government mental examination(s) of Defendant |
| May 5, 2025: | Defense reply to Government response to Defense motions regarding procedures for government mental examination(s) of Defendant |
| May 19, 2025: | Hearing, if necessary, regarding Government motion for mental examination(s) of Defendant and procedures for such examination(s). |
| July 14, 2025: | Completion of government mental examination(s) of Defendant (subject to continuances if Defendant is unavailable for examination or attendant litigation limits Government expert(s)' ability to examine Defendant) |