# **<u>EXHIBIT D</u>**

# <u>Inmate</u>

# <u>Handbook</u>

## LIVINGSTON COUNTY SHERIFF

# <u>Correctional Services Bureau</u>

# <u>Jail Division</u>

**Thomas J. Dougherty**

**Sheriff**

January 2023 Edition

**Table of Contents**

| | |
|---|---|
| Inmate /  Rights & Privileges | 2 |
| Expected Behavior | 2-3 |
| Illegal Drug Use / No Smoking Policy | 3 |
| Sex Offender Registry | 3 |
| Admissions & Classification | 3 |
| Initial Housing & Classification | 3-4 |
| Allowed Property | 4-5 |
| Inmate Movement | 5 |
| Initial Phone Call and Initial Visit | 6 |
| Identification Bracelets | 6 |
| Medical Services | 6-7 |
| Mental Health Services | 7 |
| Substance Abuse Counseling | 7 |
| Hair Care/Finger- Toe Nails/Razors | 7-8 |
| Meals | 8 |
| Visitation | 8-9 |
| Religious Beliefs | 9 |
| Funeral & Deathbed Visits | 9-10 |
| Legal Services | 10-11 |
| Correspondence | 11-12 |
| Housing Unit Rules | 12-13 |
| Facility Tablet Rules | 13 |
| Facility Commissary Privileges | 13-14 |
| Conditional Release | 14 |
| Inmate Worker Positions | 14 |
| Intermittent Inmates | 14-15 |
| Disciplinary Procedures, Rules Violations and Sanctions | 15-20 |
| Inmate Complaint / Grievance Procedures | 20-21 |
| Standing Headcount/Lock-in Periods | 21 |
| Educational Services and Programs | 21-22 |
| Miscellaneous Information | 22-23 |

You have been placed in this facility in accordance with all laws: Local, State, or Federal.  The rules stated in the following pages will explain what is expected of you and what we can do for you while you are in this facility. The rules are intended to ensure safe and secure custody, decent living conditions and humane treatment for all Inmates / s. There will be NO discrimination of Inmates regarding race, creed, religion, national origin, age, political beliefs, sexual orientation and gender. Staff and Inmates MUST respect each other's person and property. The following material explains what is expected of you and to inform you of the Rules of Conduct.  Rules and procedures may change from time to time and these changes will be posted. If you have any questions, ask staff members for help so that you will know what is expected.

**This facility has a no hostage policy.  Any attempted hostage taking within the facility will result in an immediate, severe response.**

**You are required to acknowledge receipt of the facility Rule Book upon admittance to the facility.  This rule book is active on the tablet you will be issued.  If for some reason you lose tablet privileges or the**

**tablet goes down,.  You will be issued a paper rule book as well.  If at any time you wish to have a paper copy of the rule book, simply ask a staff member and you will be issued one once you sign for it.**

<u>**Inmate Rights**</u>

All Inmates / s are afforded the rights guaranteed to them by the Constitution of the United States and those that are mandated by the New York State Commission of Correction Minimum Standards and Regulations.  The rights which are granted to you as an Inmate include, but are not limited to the following:

- The right to be informed of the rules, procedures and standards of your conduct and required services
- The right to freedom of religious affiliation and voluntary religious worship thereof
- The right to health care, including nutritious meals, proper bedding, clean laundry, the opportunity to shower and toiletries.
- The right to present your views to the public through the media in accordance with the policies and procedures of this facility.
- The right to visit and correspond with your family and friends
- The right to access legal reference materials
- **Non-Discriminatory Treatment** – There will be NO discrimination of Inmates regarding race, creed, religion, national origin, age, political beliefs, sexual orientation and gender

**Note:** Any of the above rights may be restricted if you become disruptive to the safety, security or good order of the facility.

The rules and regulations in this handbook apply to all inmates in the custody of the Livingston County Sheriff whether you are inside or outside the facility.

<u>**Inmate Privileges**</u>

A privilege is an opportunity which may be extended and which may be abridged or revoked at any time.  No employee, at any time, may grant an inmate special privileges or advantages.  Privileges that are granted to you as an inmate include, but are not limited to, the following:

- The privilege to order commissary, other than personal hygiene items
- The privilege to watch television
- Additional hours of exercise
- Personal phone calls
- Tablet use
- The privilege to use the facility microwave
- The privilege of video visitation
- Any additional services and programs not mandated by the NYS Minimum Standards and Regulations

\*\*Disciplinary convictions in custody may result in revocation or restriction of privileges, including restrictions of jail visitation.\*\*

<u>**Expected Inmate Behavior:**</u>

- Follow all rules and regulations
- The Livingston County Sheriff's Office believes in holding inmates accountable for their actions.  As such the Sheriff does hold local inmates accountable with a behavior review board (See page 16 Good Behavior time allowance).  For Federal inmates held here for the United States Marshals Service, the Sheriff's Office Jail Division reports **ALL** Disciplinary

issues **MONTHLY** to the USMS Office and the United States Attorney's Office.  The Sheriff's Office Jail Division will also upon request send a letter of good behavior to the USMS and AUSA Office if there have been **NO** issues while incarcerated.

- Follow all staff directives and requests immediately and without question
- Respect Livingston County Sheriff's Office property and the property of all others
- Maintain your assigned room and common area in a clean, orderly and sanitary fashion.
- Maintain daily personal hygiene standards (Showers are required daily)

**You will be expected to behave yourself at all times.  Loud, boisterous and obnoxious behavior and or offensive language will not be tolerated.  Administrative action will be taken to gain your compliance with these rules and regulations and to guarantee your behavior is acceptable.**

## Illegal Drug Use:

Illegal drug use will not be tolerated inside the facility, as it presents a danger to other inmates as well as staff. Illegal drugs are not only contraband, but also the use of prescription medications not prescribed to you.  Deputies will conduct random drug tests to discourage the use of these drugs.  The Sheriff's Office Jail Division may also conduct a drug test if you are suspected of being under the influence of a substance.  Disciplinary action up to and including the possibility of criminal action may be taken for violations of this policy.

## No Smoking Policy:

This facility is a smoking / tobacco free facility.  Therefore, the possession or use of cigarettes, tobacco, e-cigarettes and vaping devices is strictly prohibited.  Disciplinary action up to and including the possibility of criminal action may be taken for violations of this policy.

## Sex Offender Registry:

If you are required, pursuant to the New York State Sex Offender Registration Law (Megan's Law), to file a "Change of Address Form" with the NYS Sex Offender Registry Office in Albany or if you must make periodic verifications with this agency, it is **YOUR RESPONSIBILITY AND DUTY** to ask for the necessary forms and information and to stay in compliance with the law. A change of address form must be sent to Albany when you come here and when you leave.  Failure to file the necessary forms and make the required verifications will result in your arrest. You may request this form on facility kiosk.

## Admissions & Classification:

Upon admission to the Livingston County Jail, your personal property will be taken from you, inventoried and stored in a locked storage area.  You will sign an inventory sheet that will list the items that you had in your possession at the time you were brought to this facility.  All inmates/s property not allowed in the facility shall be confiscated and kept in a safe and secure area.  You will not be permitted to keep money or valuable articles in your possession. All money will be entered into your Inmate account.  All individuals transferred to the Livingston County Jail from another county jail will only be permitted to bring legal and religious material with them.

At the time of booking you will be required to complete the following:

- Answer all booking questionnaires
- Complete required procedures, fingerprints and photographs
- You will be required to exchange your clothing for facility issued clothing and take a shower.
  After showering you will be issued the following facility property:
  - Facility Handbook
  - Uniform (including a pair of shorts & a sweatshirt)
  - Facility issued footwear

- Bed roll (blanket, 2 sheets)
- Shower towel and shower slippers
- 1 plastic property bag (Storage container)
- Toiletries (soap, toothbrush, toothpaste, toilet paper, laundry bag)
- Eating utensils (facility mug and spork)
- Additionally all female Inmates will be provided with feminine hygiene items upon request. These items will be stored and dispensed in a sanitary manner.
- Underwear, T-Shirts and socks (2 each) are available upon request.  Female Inmates may request (1) sports bra if needed.

**Initial Housing/ Classification:**

Upon completion of the booking process, you will be assigned housing based upon your initial classification.  You will remain in an initial classification restrictive housing status until your full classification can be completed.  This classification will be done within five business days, not including weekends or holidays, of your original housing assignment.

While waiting to be classified you will be placed in restrictive housing.  During this period the following rules apply:

- You will take a shower when directed to do so by your Housing Unit Deputy.  All other inmates will be locked in while you are out for your shower. This will be done at the night time facility lockdown time approximately 2130 hours.
- All meals will be eaten in your cell.
- You will have no exercise period.
- You will not be allowed to attend any programs.
- You will not be allowed to receive personal visits.  The only exception is the initial 24 hour visit.

The determination of your classification will be based upon, but not limited to the following factors:

- Criminal History
- Possibility of victimization
- History of medical/mental illness
- History of sex offenses
- History of hostile relationships with other Inmates
- Prior attempts of self-injury or suicide
- Prior escapes or attempted escapes
- Attitude and behavior during present and prior incarcerations including any history of assaultive behavior during incarceration, and other disciplinary history
- Any other information which may affect the safety and welfare of staff or other Inmates

The facility has 2 categories of classification (General Custody & Close Custody).  General Custody classification allows you to be in general population and you may be considered for a dorm housing unit. Any Close Custody classification will be housed separate from the general population (Sub-Day area) but in the same housing unit.  Classification levels can change due to changes in court status, sentencing and behavior inside the jail.

Classification changes and adjustments are made by the facility reclassification process.  Any appeals to an inmate's classification can be made to the shift supervisor for review.

Tuberculosis (TB) testing is **MANDATORY** in this facility.  If you refuse to comply with the mandatory TB testing you will remain in locked in your cell under Administrative Segregation until you comply (see Initial Medical screening).

<u>**Housing assignments are not grievable and not subject to Inmate request**</u>

<u>**Allowed Property:**</u>

Besides the facility issued property an inmate is allowed undergarments to be sent in by approved vendor (Walmart/Amazon) ALL  incoming property listed must be sent into the facility from the same vendors (amazon or Walmart.com) They must be brand new in original packaging.  Most items available through commissary will not be allowed in except the following:

1. Underwear, T-Shirts, Socks, Bras (no underwire ),
   **T-Shirts /Tank Tops must be white in color, NO Logos allowed****
   i. Underwear, bras, socks any color(6 each)
2. Thermal underwear- (maximum of 2, white only, waffle knit only, NO Logos allowed)

3. 1 washcloth any color

4. Personal sneakers are not allowed inside the facility. All footwear will be provided by the facility in the form of Crocs or sneakers depending on what is available.

   ** Non-religious headwear is not allowed**
   ** Underwear, Socks, and Bras are available to indigent Inmates upon request**

Acceptable items allowed to be mailed in that are not sold on commissary:

- Photographs maximum size 4x6 need to arrive from an approved online distributor
- Books, magazines and newspapers must be purchased through **SURE Shot Publishing**.  Your family can do so online or there are order forms here at the facility should you choose to purchase in house using commissary funds.

All property must be stored neat and orderly at all times.  Any property that poses a fire hazard or is deemed excessive will be considered unauthorized property.   Any property that is unauthorized will be disposed of in one of the following ways:

- Mail property to a second party at Inmate's expense
- Donate to the facility (Example a t-shirt can be donated to the facility to be used as a rag)
- Disposed of as an unwanted item

You may have clothing dropped off to the facility for the purpose of jury trials, funeral and deathbed visits only. This clothing will be inventoried and stored with your other personal belongings.  You will be given the opportunity to change in the intake area prior to leaving for the trial, funeral or deathbed visit.

**NOTE: Any property left at the Livingston County Jail for more than 30 days after your transfer to a state facility or left behind**

**after your release will be disposed of.  If you are sentenced to the New York State Department of Corrections, you may have your**

**family or friends pick up your property or mail it to them at your expense prior to your transfer. \*\***

> **\*\*NOTE: Property needs prior approval to be released.  It will not be done during any mealtime or during lockdown times\*\***

**Inmate Movement:**

- You will not move through the facility unescorted.
- You will follow all requests by facility staff.
- You will walk in a straight line, facing forward with your hands at your side.  There will be no talking between inmates.
- You will not look, gawk, or gesture through windows into housing units, classrooms or any unauthorized areas.
- Only authorized materials will be allowed to be carried in the halls and must be shown to and approved by your escorting Deputy before leaving your housing unit.  The following is a list of authorized materials:
  - Legal Materials
  - Religious Materials
  - Educational Material for TASC classes, etc.
- While in the corridors of the facility you will remain on the brown tiles at all times.

**Initial Phone Call and Visit:**

> During the booking process you will be permitted access to a phone call from the booking phone to make contact with your attorney or family member.  You are also entitled to a 15 minute non-contact visit within your first 24 hours of incarceration in this facility.

**Identification Bracelets:**

> You have been issued an identification bracelet that must be worn at all times.  You are to show the bracelet to staff any time they request to see it.  You will be charged a fee of $10 (if found guilty at a facility hearing) for any bracelet that is destroyed, removed, missing or purposely damaged.  Bracelets do fade through age, water and normal wear and tear.  The Housing Unit Deputy will determine if any damage was due to the normal wear and tear, or an inmate may request a new bracelet if they feel their bracelet is worn.  If you are caught without a bracelet you will receive disciplinary charges and a hearing request for a facility rule violation.

**Medical Services:**

> During admittance to the Livingston County Jail, a health screening will be administered by the facility medical staff.  This screening will be done to advise medical staff of any medical problems or conditions you may have.  The medical screening will consist of the following:

- Medical History.
- Dietary needs and verification.

- o   Any food allergy will need to be verified.  Verification will be done by documentation from physician diagnosing an individual with the allergy.  Any refusal to provide proper verification may result in the facility not honoring a special diet based on that allergy.
- Mandatory T.B. test screening.
- Any medical diet will correspond with a commissary restriction as to not interfere with your medical needs.
- Immediate and forensic needs.
  - *** The facility does have a Vivitrol program in place for inmates getting released who are interested.  Please see medical staff for information and to see if you meet qualifications***

**Facility Sick Call:**

- Sick call will be conducted daily by jail nursing staff.
  - o   You may submit a sick call request on the facility kiosk at any time. You may also fill out a sick call slip and seal it in an envelope and give to the housing Deputy.
  - o   Sick call will always see the more serious cases before minor cases are seen.
- A medical provider is available weekly and at the discretion of the medical provider through consult with the nurse you may be scheduled to see the medical provider. Emergencies will be handled at the direction of the facility superintendent, deputy superintendent, shift supervisor, or medical staff if applicable.
- All other medical problems (therapy, non-emergency hospitalization, etc...) will be at the discretion of the facility superintendent and medical staff.
- All illnesses or injuries will be reported to the staff.

**Medications:**

Medications will be passed by the facility nurse or in their absence trained staff.  All medication has been packaged by dose and is allowed to be passed by facility staff.  It will be your responsibility to ensure that you receive your medication when passed.  Medications will not be left with the Deputy in charge of your housing unit.  You must take these medications in the presence of the staff that is passing it, when taking medication please bring a clear liquid in a cup to take with your medication.  Hoarding of any medication is considered contraband and you will be criminally charged and the in-house disciplinary process will be started.

Facility Medications will be passed the following approximate times:

| | |
|---|---|
| 0830 | morning medication passed |
| 1430 | afternoon medication passed |
| 2030 | nightly medication passed |

**Dental Services:**

Dental care is limited to serious dental problems.  Action taken will be at the discretion of the facility medical staff and administration.  If an inmate needs dental attention, the staff should be contacted.

**Mental Health Services:**

The Livingston County Sheriff's Office Jail Division has a full time Mental Health Counselor as well as a Psychiatric Nurse Practitioner.  The mental health staff is here for evaluation of the inmate population.  Should an emergency arise please contact a staff member immediately to get the help you may need.  Mental health is here to assess and develop a plan of action on how to manage your mental health needs.

8

Please submit a request to mental health through the facility Kiosk or by submitting a paper request sealed in an envelope and submitted to staff.

**\*\*Remember if the situation is an emergency you must report to staff immediately\*\***

**Substance Abuse Counseling:**

The Livingston County Sheriff's Office Jail Division offers individual and group counseling through CASA of Livingston County. A CASA representative is in the facility several times a week for this purpose. Please submit a request to staff if you are interested in meeting with CASA and the counseling group.

Alcoholics Anonymous meetings are also held biweekly if you are interested in attending (See religious beliefs section for times of AA Meetings).

**Hair Care / Finger/Toe Nails:**

- Haircuts will be provided monthly. The facility has a licensed barber/hairstylist that provides them at the jail when requested.
- Indigent inmates will receive a free haircut.
- Haircuts for all inmates will be $20.00
- The fee for a haircut will be deducted at the time a request for a haircut is made and is non-refundable.
- Fingernails may not extend past the fingertips of the fingers. Nail clippers are available upon request and will be provided at the same time razors are available.
- Hair extensions/weaves are subject to inspection, an extension/weave that is easily removable will be removed. Any extension or weave that is deemed sewn in (not clipped) will be allowed, but subject to search.
- Each housing unit will have hair clippers available for inmate use. The clippers must be used in the inmate's cell only, unless some other inmate is cutting another inmates hair. This is allowed as long as there are no payments for such service. They may not be used on any part of the body but the head and face. Clippers are handed out and used at the Deputy's discretion.
- Razors and nail clippers are available for inmates and s on a daily basis. In order to receive a razor you must request one from the housing Deputy the night before you wish to shave. The Deputy will add you to the razor list and the following morning you will receive your razor for shaving. In the Pod housing units, you will be required to shave prior to morning unlock. Razors will not be tampered with or misused.

**Meals:**

You will receive three wholesome, nutritionally balanced meals per day. The meals will be served at these approximate times:

1. Breakfast     0630-0700
2. Lunch           1130-1200
3. Dinner           1630-1700

You will be given ample time to consume your meal. If you are not in restrictive housing you will be required to eat at the tables provided in the day area. You will be required to clean up your eating area and any mess you make. All uneaten food from the meal will be disposed of. No food or items received on food trays will be allowed to be kept in your cell.

The only special diets recognized by this facility are those verified for medical or religious reasons. To obtain a religious diet you must have requested the diet upon admission to the facility or submit a request form to the Jail administrator prior to the meal service.

**<u>Visitation:</u>**

Visitation is held on Tuesday, Wednesday, Thursday & Friday.  Times vary by housing unit.  You will be entitled to 2 hours of visitation per week with the following rules enforced:

- 1 hour visitation per day, and only 1 visitation allowed per day
- A maximum of 2 visitors at one time, on occasion when a young child may sit on an adult's lap they <u>may</u> be considered a third visitor
- Inmates/s and visitors must conduct themselves in a quiet orderly manner at all times.  Profanity, vulgarity, loud or boisterous talking will not be tolerated.  Small children must be kept under control.
- Once the visitation period has started anyone who leaves the visitation room will not be allowed to re-enter.
- Inmates and visitors will not give or exchange any items in the visiting room.
- Inmates must be dressed in regulation jail uniform the entire visit.  Visitors must be dressed appropriately before being allowed in.
- All inmates and visitors must remain seated at all times with their hands visible.
- Inmates may shake hands, kiss (closed mouth) and or embrace visitors at the beginning and end of each visit.  This will be done at a designated area in front of staff.  At no time will fondling or prolonged embraces be allowed.
- Visitors must arrive prior to the start of the visitation period; late visitor will not be allowed in.
  a. Visitors must have ID with them to be allowed into the facility, children who do not have ID will need birth certificates to prove identification.
- Inmate to inmate visits will not be permitted.
- All inmates will be hygiene searched after each visit (including attorney and pastoral visits).
- No food or drink is allowed in visit room by Inmates or visitors.

Each Inmate may request to have 20 names on a visitation list; this list will be used to ensure the visit is endorsed by both the inmate and the visitor.  In order to improve the visitation process visitors are asked to make reservations by one of the following ways:

1- Emailing jailvisit@co.livingston.ny.us  This is the most efficient method and the person making the visit reservation will be emailed within one day of submitting their request.
2- Calling (585)243-7180. Reservations can be made Saturday and Sunday prior to the upcoming visitation week

|  | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| **0800-0900** | **B-Pod** | **A-Pod** | **F-Wing** | **C-Dorm** |
| **0915-1015** | **B Pod** | **A-Pod** | **B-Pod** | **C-Dorm** |
| **1030-1130** | **B-Pod** | **A-Pod** | **B-Pod** | **A-Pod** |
| **1130-1230** | **-----------------------------Visitation closed for Headcount----------------------------** | | | |
| **1230-1330** | **F-Wing** | **C-Dorm** | **B-Pod** | **A-Pod** |
| **1330-1430** | **-----------------------------Visitation closed for Headcount----------------------------** | | | |

| 1430-1530 | F-Wing Males (If Needed) | C-Dorm | F-Wing Males (If Needed) | A-Pod |

**\*\* Visits subject to cancelation by Jail Administration in conjunction with Department of Health shall the need arise due to public health concerns.\*\***

**Religious Beliefs:**

- Bibles are available upon request
- Non-denominational religious services may be held during the following times:
  - Mondays & Thursdays
    - Services are usually 1745-1845, and 2000-2100 hours. Females and males will go at separate times to be announced.
  - The 2nd and 4th Wednesdays will also be church services, while the 1st, 3rd and 5th Wednesday will be AA Meetings:
    - Services are usually 1745-1845, and 2000-2100 hours. Females and males will go at separate times to be announced.
- Services may be interrupted due to room and provider availability.
- An inmate's own credentialed minister may visit Thursdays between 1430 and 1630 hours, no appointment is necessary. Other requests will not be denied unless it disrupts facility routine.
- If an inmate desires to see someone representing a specific recognized religion, a request should be made to staff and an attempt will be made to contact someone representing that religion.
- Religious headwear is allowed on a case by case basis. Any headwear allowed will be subject to search upon request. If you have any questions about whether or not your headwear is allowed please ask a shift supervisor. This headwear may be worn throughout the facility.
- An inmate who wishes to change religious affiliation should make application to the facility Chaplin or appropriate religious advisor who in turn, with the inmate, will notify the jail superintendent of any change

**Funeral and Deathbed Visits:**

At the discretion of the Sheriff an inmate may be permitted to attend the funeral of his / her father, mother, guardian, former guardian, child, brother, sister, husband, wife, grandparents, grandchild, ancestral uncle or ancestral aunt  or to visit such individual during his/her illness if death is imminent. Such visits will ONLY be allowed in New York State. A request for such visit will be made in advance and prior to any request being approved the facility will verify:

- That the person to be visited is one of the persons specified above.
- That the funeral arrangements or claim of imminent death are legitimate.

These visits may be denied based upon the safety and security of you, the facility and staff.

If the visit is approved, a Jail staff member will meet with the Inmate and review facility form J37-1 with them.

This form is a detailed explanation of the approved trip and will include the following information:
- Type of visit approved (Funeral / Death Bed)
- Times and date of visit (to include length of stay)
- Location of visit
- Special requirements (example- over-night stay, bathroom requirements)
- Forbidden conduct

The inmate will sign that they have read, understand and agree to the terms of the visit.

Facility Staff will only escort an Inmate to destinations approved by the Sheriff.  During a funeral of deathbed visit, no inmate shall be permitted to obtain food, beverages or any gifts including money from his/her family or member of the public.  Restraints will be used at Staff discretion.

**Legal Services:**

Your attorney may visit you during the hours of 0800-2130 (certain extenuating circumstances may be approved by the Jail Superintendent).  Attorney client rooms are available on a first come first serve basis. No appointment is necessary.

If you are represented by the Livingston County Public Defender's Office you may use the facility kiosk to correspond with your public defender. If the Public Defender does not answer these requests you may write to them.  Correspondence using this kiosk is the responsibility of the Public defender and not of the facility or staff.  The address to write to them is included on the last page of this handbook if needed.

The Livingston County Sheriff's Office Jail Division has a law library and subscribes to Lexis Nexis on the facility kiosk / tablet. The facility law library material contains current legal materials and references, as mandated, including a copy of the New York State Commission of Correction Minimum Standards.

Inmates are permitted to discuss and/or offer advice regarding their legal matters to each other. However pursuant to Section 7031.3 of the New York State Commission of Correction Minimum Standards no inmate shall receive payment, benefit or consideration in any form from an inmate for providing such assistance.  Any violation of the provisions of this subdivision may result in disciplinary action.

Any legal material that is not available through Lexis Nexis may possibly be obtained from the staff.  The facility does have Law Library books available to sign out for use.  Inmates desiring the use of this material should request and fill out a **Law Book Request Form**. Staff will give the completed form to the Deputy assigned to Law Library and this Deputy will fill the inmate's request as soon as possible. Inmates will be required to sign for receipt of the material and will be responsible for the care of the material.  Legal material may be kept by inmates for no more than two (2) days.

The Deputy assigned to Law Library will only make photo-copies of legal reference material.  Under no circumstances will personal papers be photocopied.  Requests for photocopies will be made through the facility kiosk.  There is a 25 cent charge per page for photocopies.  Indigent inmates will receive legal copies of court paperwork at facility expense.  Indigent inmates may receive reference materials on the facility yellow paper for their use.  These yellow copies are facility property and MUST be returned when the Inmate is done with them.

Regular library use shall be when requested, and at the convenience of the staff.

Inmates will be allowed only three (3) library selections at one time.  These must be returned before others are taken.

Staff is prohibited from giving any legal advice.

**Correspondence :**

**Incoming Mail**

Incoming correspondence from attorneys, legal assistance agencies, courts, corrections officials and any federal, state, or local official shall be considered privileged correspondence.  Privileged correspondence must be in official envelopes and on official letterhead.  Such correspondence will be opened in the presence of the inmate receiving the correspondence to ensure the absence of contraband. It will then be photocopied and the originals will be sealed and placed into the inmate's property box.

All incoming mail not considered privileged will be opened and inspected to ensure the absence of contraband. These mailings will then be photocopied along with the envelope and the photocopies will be delivered to the Inmate.  Incoming mail may be read or censored if pursuant to NYS Minimum Standards it is considered a security risk; *Inmate will be notified in writing if their mail was read and the reason why.* All original correspondence shall be stored in the secure inmate property box, and returned to the individual upon release or transfer.

Mail must be addressed to and from inmates as follows:

**Inmate/ name**
**Livingston County Jail**
**4 Court Street**
**Geneseo, NY 14454**

**Outgoing mail**

*Per NYS minimum standards:*

> *Each local correctional facility shall make available to indigent prisoners at facility expense stationery and postage for at least two one-ounce pieces of correspondence each week.*

The Livingston County Sheriff's Office Jail Division allows all inmates two (2) free one (1) ounce pieces of correspondence each week.  These 2 free letters are not cumulative (they do not carry over if not used). The inmate must provide stamps, purchased through commissary, for any additional correspondence.

Outgoing mail to be delivered to the following agencies (Livingston County Court, Probation, Public Defender, DSS) will not be charged a stamp due to them being sent inner office mail courier.

Inmates are not allowed to send out mail in another inmate's name or use any other inmate's  2 free letters.

All outgoing correspondence will be collected and forwarded to the United States Postal Service once per business day.  The outgoing correspondence will be collected and logged by the night shift Sunday – Thursday to allow it to be forwarded to the United States Postal Service Monday – Friday.

All outgoing mail MUST have the inmate name in the upper left hand corner of the envelope and the Livingston County Jail address or it will not be sent out. No letter with excessive drawings, obscene pictures, or writing on the envelope will be sent out.

Inmates are prohibited from sending or receiving any written correspondence to or from another inmate in the Livingston County Jail without written permission from the Jail Superintendent.

**Housing Unit Rules and Regulations:**

Your Individual cell and housing unit will be inspected frequently by the Deputy in charge of your unit. You must comply with the following to avoid disciplinary charges:

1.  Upon admittance to the Livingston County Jail you will be required to sign a cell inspection sheet, which states the condition of your cell upon admittance.
2.  You are required to keep your cell clean and to do your part in keeping the housing unit clean. Un-sentenced inmates are not required to clean beyond their cell and immediate area. However participation and cleanliness is encouraged throughout the facility. Each housing unit has porters who will bring the cleaning supplies to your cell if needed.
3.  Absolutely no objects will be placed on the walls, sills, mirrors, vents or lights in your housing unit. No pictures will be allowed on your walls, windows, ceiling or door of your cell, or adhered to any other surface.
4.  There is to be no accumulation of flammable items in your cell or housing unit. This includes bags, newspapers, books, magazines, pictures or excessive mail items.
5.  No sheets, blankets, towels, newspapers or other items will be hanging in or around your cell which would block the Deputies from viewing you in your cell.
6.  Drawing on, writing on or otherwise defacing walls in the housing unit is strictly prohibited and you will be the subject of disciplinary charges and possible criminal charges.
7.  No light will be covered or otherwise obstructed with any object.
8.  Trash or garbage will be disposed of in the receptacle provided in the day area.
9.  You will not enter another inmates cell. Violation of this rule will result in mandatory disciplinary proceedings.
10. The Deputies station is off limits. Tampering with or taking any property from the Deputies station will be considered a Class B rule violation.
11. You will remain off of the brown tile surrounding the Deputies station at all times.
12. The only food that may be stored in your cell is food that is purchased through commissary. Food or beverages that are provided with the meals are considered perishable and are not to be stored in your cell or housing unit. Commissary foods may be limited to control insect and vermin infestations.
13. Ventilation grates, windows, locks, electrical fixtures, television sets, etc are not to be tampered with or in any way obstructed. Any equipment not operating properly is to be reported to the Deputy of the housing unit. Any obstruction of Deputy sight lines is prohibited.
14. Deputy telephones, computers, intercoms and radios will not be tampered with by inmates.
15. Selection of television programs will be conducted in a fair and equitable manner. Arguments or disagreement over the TV use may result in a temporary suspension of this privilege. The television uses a FM transmitter to broadcast the sound of the programming. Any inmates wishing to listen to the programming will have to do so with the use of a radio purchased on commissary. TV use may be suspended to curb noise in the unit. The housing Deputy has final say on any issue regarding television entertainment.
16. Under no circumstances are sheets, pillows or mattresses allowed out of your cell and into the housing unit.
17. You will not congregate at, knock on, or make any gestures through windows
18. You will obey and respect the Deputy in charge of your housing unit and the rights of other inmates at all times.

14

19. There will be no gambling of any kind in or out of the housing unit.
20. The facility will bring the laundry cart around on laundry days for collection of items to be laundered. When completed these items will be brought back to the housing unit for distribution. Laundry bags are to be used for dirty laundry only and will not be allowed in the day area for any other purpose than to turn into the laundry cart.
21. No bedding/mattress is allowed on the floor. They are to remain on the facility bunk
22. Facility soap and toothpaste will be exchanged weekly on Wednesdays if an inmate is in need of these items.
23. Recreation will be allowed daily for a period of one hour. Inmates will not work out in the day area of the facility, only in the recreation yard. The facility may offer more than one hour of recreation for the day.
24. No loitering on the mezzanine (2nd floor of Pod), if you are housed on the second floor once you exit your cell you are to go to the 1st floor, unless you are showering. There will be no loitering or talking to other inmates on the mezzanine.
25. While in the housing unit the following areas are off limits:
    a. Brown tiles around Deputy Station
    b. Upper walkway between shower areas in the Pods
    c. Area behind the Deputies station, unless exiting the housing unit.
26. Your housing unit is subject to search at any time, and housing unit search will result in a hygiene search as well.
27. Whenever a Deputy enters your occupied cell, you are to immediately sit on your bunk unless otherwise directed.

**Facility Tablet Rules**

The facility does utilize tablets for the purpose of phone calls, video visits, Law Library, commissary, messaging/photos with family and friends. These tablets are a privilege and may be revoked with misuse and a facility hearing. . When they are available each inmate will be assigned a tablet. Due to availability there may be times when this is not an option.

1. If you are assigned a tablet, **it is your responsibility to maintain and charge the tablet**. Staff will not ensure your tablet is charged for you
2. Tablets are not to be used outside of cell in day area, they may be used in the multi-purpose room for video visits only. If the tablet is not on the video visit station then they will not be used in the multi-purpose room.
3. Tablets are to be used with headphones only (no speaker usage).
4. Tablets are monitored by staff and the company providing the tablet service. Any video visits or pictures showing the following may be denied or flagged as inappropriate:
    *Drug Activity*
    *Illegal acts, - crimes*
    *Nudity, Sexual Activity*
    ** Any video visit that has been flagged, the inmate will receive a warning letter to alert them to notify the visitor that that activity is not allowed. Any subsequent activity may result in the visitor being banned from the system, or the Inmate losing tablet privileges.

    ** Any illegal acts or crimes caught on video will be turned over to the appropriate law enforcement agency for investigation.

**Any violation of these rules are subject to a class D facility rule violation and loss of tablet use may be a sanction of facility hearing.**

**Facility Commissary Privileges:**

Facility Commissary services are a privilege to all inmates housed in the Livingston County Jail, who have money in their accounts.  The following guidelines will apply to the ordering and receiving of commissary:

1- Commissary will be ordered using the facility kiosk or tablet and be delivered twice weekly. These deliveries are subject to delay or change based on the vendor availability.  Example: deliveries will not be done on a holiday and during that week the facility may only be able to receive one delivery.
2- Facility commissary will arrive pre-bagged with your receipt inside.  This will be reviewed with the inmate by facility staff.
3- During commissary distribution inmates will wait until their name is called, at which time the inmate will review and sign for your ordered items.
4- Any items not received will be documented.  This will only be done at the time of distribution of commissary.  Due to availability of items, some items may not be available. These are beyond control of this facility but will be documented.
5- Any funds that were charged for an item not received will be credited to the inmate's account when facility staff has time to do so.
6- Inmates with medical conditions may have commissary restricted because of current medical condition.
7- Commissary items and prices are subject to change.
8- There will be a limit of $75 per order on all commissary purchases.
9- Any commissary item not stored neatly in the cell or there is an abundance of items in an inmate's cell will be subject to removal and placed in your secured inmate property.
10- Commissary items are for an inmates own purchase and shall not be exchanged, traded, gambled or bartered in any way.
11- When inmates are finished with the items from commissary the packaging becomes garbage and is to be properly disposed of.  Inmates will NOT keep or alter packaging in anyway.
12- Inmates will only be allowed to make purchases from their own personal account.  Funds will not be transferred from one inmate to another.
13- Any manipulation of these conditions will be considered a violation of the commissary rules and will be subject to disciplinary action (C-28), hearing and possible loss of this privilege.

**Conditional Release Program:**

**Conditional Release Program** is available for eligible Inmates.  To be eligible, you must have a sentence of more than **90 days** and must have served a minimum of **30 days** before you may apply. You are eligible for release when you have served a minimum of **60 days** (including pre-sentence time) and have agreed in writing to conditions set.  Applications may be obtained from the facility conditional release Deputy. The application will be reviewed and then forwarded to the New York State Board of Parole and the Division of Parole respectively where they are then reviewed for approval or denial.  Intermittent inmate and inmates sentenced by Family Court are **NOT** eligible.

**Inmate Worker:**

Inmate Workers are chosen by staff members and must be sentenced inmates with no detainer warrants if given outside clearance.  Inmate Workers working inside the facility may be un-sentenced. They must also have shown during past incarcerations that they are honest, reliable and hard working.  Inmates with a history of violence, sex crimes, drug convictions, inmates in observation or with numerous or serious rule violations may be denied worker status.  Inmate Workers should be in satisfactory physical and mental health.

16

**Intermittent  Inmates:**

Intermittent Inmates may be eligible for a work release program.  The sentencing court must authorize this at the time of sentencing.  If authorized, the Sheriff or designee will review the Inmate's criminal and incarceration history and the same rules that apply for worker status apply to the work release program.  Appointment to the work release program will be made by the Sheriff or designee, as well as, removal from the work release program.

- Intermittent Inmates must report on time
- Intermittent Inmates must not report under the influence or alcohol or drugs. This facility will conduct random testing for drugs and alcohol.
- Failure to report or reporting under the influence will result in a letter sent to the sentencing court, the District Attorney's office and an incident report filed.

**Inmate Disciplinary Procedures:**

It should be noted that any violation(s) of the New York State Penal Law are subject to Criminal Prosecution as well as disciplinary procedures.

If a staff member has reasonable grounds to believe that an inmate has committed or attempted to commit an act that violates facility rules and regulations, you may be charged with an infraction of these rules.  Disciplinary action will be taken at such time in a manner and degree, which is deemed necessary in order to regulate inmate behavior.  Disciplinary action against an inmate will be applied in a completely impersonal, impartial and consistent manner consistent with policy and procedure.  A staff member may elect to resolve the disciplinary sanctions informally by locking an Inmate into their cell for a shift lock.

Inmates will receive a written copy of all administrative charges against them.  The disciplinary hearing will take place no sooner than 24 hours and no later than fifteen (15) business days after the inmate has received written notification of the charges placed against  him/her.  All disciplinary hearings will be held before a pair of hearing Deputies, which will be fair and impartial.  At this hearing inmates will be allowed to present information to aid in their defense and inmates may be allowed to call witnesses if not disruptive to the facility.  The Deputies will render a decision based on the evidence or statements presented at the hearing.   All such decisions are subject to the review of the Jail Superintendent or his designee.  You will be notified of the outcome of your hearing within five (5) business days.  If the inmate is found guilty of any charges, the Hearing Deputy may impose one or more of the following sanctions:

1. Verbal reprimand
2. Time served
3. Privileges suspended- Loss of one or more specific privileges for a period not to exceed thirty (30) days for each charge.
4. Restrictive housing confinement will be in a cell for a specified period of time, dependent on charges.  When found guilty and sentenced to cell confinement inmates will be allowed out as required by minimum standards.
5. Restitution- Being held accountable for payment of damaged property.
6. Good Time Review by the Behavior Review Board- If an inmate is serving a sentence in the Livingston County Jail Good Time allowance can be awarded by the Sheriff, not to exceed 1/3 of your sentence as a reward for good behavior. All disciplinary hearings, pre and post sentence can be considered by the board when considering the allowance of Good Behavior Time.
7. Hearing surcharge- A surcharge of up to $25 may be imposed at the discretion of the Hearing Deputies for any hearing in which you are found guilty of any facility rule violation or disciplinary charge.

**Administrative Segregation**

17

Administrative Segregation (Restrictive Housing):  Following a violation of the facility rules and regulations that threatens the safety, security and good order of the facility, the Jail Superintendent or his designee may direct that an inmate be secured in an area to ensure that order is maintained within the facility.  You will be entitled to the same rights as the general population; unless a deprivation order is issued by the Jail Superintendent is in place.

- The inmate may appeal this administrative action to the Jail Superintendent within 24 hours of the sanctions being imposed.

The following shall apply when any inmate has been administratively locked down.
- inmates will be permitted out of their as required by Minimum Standards.
- inmates will be permitted out of their cell for the purpose of showering.
    - If a deprivation order has been issued an inmate will not be permitted to use the phone, or attend any Inmate programs unless otherwise specified in writing by the Jail Superintendent, or his designee.  *These sanctions shall remain in effect until rescinded by the Jail Superintendent or his designee.*

**Disciplinary Appeal**

If for any reason, you are not satisfied with the findings of the Hearing Deputies you have the right to request in writing to the Jail Superintendent an appeal of your disciplinary hearing.  The Jail Superintendent can grant an appeal, render a decision, or refer your appeal to another Hearing Deputy for a new hearing.  You have two (2) business days to appeal hearing decisions.

**Good Behavior Time Allowance (Good Time)**

I.    Every person committed to the Livingston County Jail serving a definite sentence of imprisonment **may** receive time allowances as discretionary reductions of the term of his/her sentence not to exceed in the aggregate one-third of the term imposed by the court.  Such allowances may be granted for good behavior.

II.   Upon entering the Livingston County Jail under detainment or commitment, The inmate will be provided with an Inmate Handbook that will explain the process of earning and requesting Good Behavior Time Allowances

III.  Upon sentencing, the inmate will receive a JAIL SENTENCE COMPUTATION FORM that will list the inmates minimum release date and the maximum release date. **The maximum release date will be the actual release from custody date for the inmate unless otherwise determined according to this policy.** The inmate will be required to sign the JAIL SENTENCE COMPUTATION FORM acknowledging that they have received notification of their release date, and that they understand as to how it was computed.

IV.   The inmate will submit a written request for Good Behavior Time Allowances within 3 weeks of their minimum release date to the Chief Deputy to be reviewed by the Behavior Review Board.

V.    Behavior Review Board
   1.  The Behavior Review Board will consist of five Sheriff's Office members tasked to review an inmates behavior while incarcerated.
   2.  The board will be comprised of one deputy, one corporal, one sergeant, one captain and one chief deputy from the Correctional Services Bureau.   If a member is unavailable due to leave, the Sheriff will appoint a member on a temporary basis.
   3.  This board will meet at the written request of the inmate, or supervisory staff, three weeks prior to the inmates earliest possible release date to determine whether or not the inmate has earned Good Behavior Time Allowances during their term of incarceration on that charge. The Chief Deputy will forward the board's recommendation to the Sheriff or the Sheriffs designee for a final determination. The Sheriff or the Sheriff's designee decision will be completed within one week of the inmates earliest possible release date.

4. The Behavior Review Board may consider the following in making a recommendation to the Sheriff or the Sheriff's designee
   a. Disciplinary reports involving the inmate while being held on the current charge including post and presentence incidents.
   b. Inmates worker status
   c. Any documented incident that involves the inmate, positive and negative while held on the current charge.
   d. Programs that the inmate has participated in while incarcerated on the current charge.

5. The Behavior Review Board will make the recommendation to grant all of, a portion of or none of the allowed Good Behavior Time Allowances. Granted Good Behavior Time Allowances cannot exceed more than one third of the total sentence.
   a. If only a portion of Good Behavior Time Allowances, a notation to that effect shall be entered in the records with a suitable explanation for the action taken.
   b. If only a portion or no good time is granted the inmate can reapply once more prior to release.
   c. The inmate will be advised as to any changes made to their release date and will be required to sign their name indicating that they have acknowledged receipt and explanation as to the changes.

VI. No person shall have the right to demand or require allowances of Good Behavior time. Any determination to not allow Good Behavior Time  cannot be appealed and is the sole discretion of the Sheriff or his designee

VII. If Good Behavior Time is granted by the Sheriff or the Sheriff's Designee, it can only be removed through a disciplinary hearing where the inmate is found to be guilty or enters a guilty plea.

**Contraband**

Contraband is any item not issued to an inmate by the facility, or any item which an Inmate is not allowed to possess.  Contraband is also any item that has been modified from its original state or an item being used for something other than intended.  Issued items are considered contraband when found to be altered, in excessive quantity or kept after a request by a staff member for an item's return.  If items are found to be in excess they may be destroyed.

Dangerous contraband is any contraband, which is capable of endangering the safety or security of the facility or the health of any person within.

**Contraband: New York State Penal Law**

205.20- Promoting Prison Contraband in the Second Degree
    A person is guilty of promoting prison contraband in the second degree when:
    1. He knowingly and unlawfully introduces any contraband into a detention facility; or
    2. Being a person confined in a detention facility, he knowingly and unlawfully makes, obtains or possesses any contraband.
       Promoting prison contraband in the second degree is a class A misdemeanor.

205.25- Promoting Prison Contraband in the First Degree

    A person is guilty of promoting prison contraband in the first degree when:
    3. He knowingly and unlawfully introduces any dangerous contraband into a detention facility; or
    4. Being a person confined in a detention facility, he knowingly and unlawfully makes, obtains or possesses any dangerous Contraband.
       Promoting prison contraband in the first degree is a class D felony.

**Violation of Livingston County Jail's Rules and Regulations**

By policy and procedures, the Sheriff's Office Jail Division has implemented a 4 tier discipline model.

The categories are as follows:
1        Class A Violations
2        Class B Violations
3        Class C Violations
4        Class D Violations

Categories of Offenses

The following are categories of offenses and the sanctions which may be imposed:
1.    Class A Violations
       A-1     Causing serious injury to staff member or visitor
       A-2     Any death threat written or verbal
       A-3     Attempting to assault a staff member with a dangerous instrument or deadly weapon
       A-4     Escape
       A-5     Rioting, leading or organizing a riot, any disturbance using violence
       A-6     Arson
       A-7     Engaging in sexual acts with another by forcible compulsion
       A-8     Robbery
       A-9     Theft of a staff member's property or any facility property
       A-10    Any offense listed in the penal law that would constitute a class A, B, or C felony
       A-11    Any assault or intentional physical contact with a staff member
       A-12    Possession of any contraband, which may aid in an escape attempt
       A-13    Possession or manufacture of any weapon, drug, tobacco or alcohol
       A-14    Unauthorized entry onto the Deputy's work platform.
       A-15    Damaging or defacing facility kiosk
       A-16    Failure to return or tampering with a razor
       A-17    Possessing or introducing a controlled substance
       A-18    Attempting, planning, conspiring to, or being an accessory to a riot or major disturbance in the
facility
       A-19    Self-mutilation

For any class A violations, up to a 60 day sentence may be imposed by the Hearing Deputy for a first time offense. Any subsequent violations a sentence of up to 100 days may be imposed if found guilty at a disciplinary hearing. The sanctions of offenses may include restrictive housing, loss of privileges, and /or future review by the Behavior Review Board. An inmate may be subject to each of these sanctions or any combination of them.

2.    Class B Violations
       B-1     Assault or attempted assault with any item that may be classified as a weapon or dangerous
               instrument by description, use or appearance
       B-2     Fighting
       B-2(a)  Fighting- Non participant engages in physical altercation with two or more inmates already
               fighting, with the intent to continue or further the physical altercation.
                        *Carries a mandatory 10 day loss of privileges regardless of disciplinary history.*
       B-3     Interfering with a staff member in the performance of their duties by threatening physical
contact
       B-4     Possess, sell, or exchange any dangerous contraband

B-5    Attempting, planning, conspiring to, or being an accessory to an escape while in custody of this facility

B-6    Wearing a disguise, mask or impersonating a staff member or other person in any manner

B-7    Damaging or defacing a staff member's or facility property

B-8    Damaging or defacing the property of another person

B-9    Subjecting a staff member to a foreign substance including bodily fluid

B-10    Falsely reporting a fire, emergency, disturbance or other threats to the safety and security of the facility

B-11    Engaging in sexual acts or making sexual proposals or threats to another person

B-12    Coercion, extortion, or intimidation of another person

B-13    Bribery or attempted bribery of another person

B-14    Failure to obey the order or request of a staff member

B-15    Tampering with or defacing ID wristband

B-16    Tampering with or blocking any locking device

B-17    Tampering with fire suppression system

B-18    Tampering / Taking any items from Deputy's Station

For any class B violations, up to a 45 day sentence may be imposed by the Hearing Deputy for a first time offense.  Any subsequent violations a sentence of up to 90 days may be imposed if found guilty at a disciplinary hearing.  The sanctions of offenses may include restrictive housing, loss of privileges and future review by the Behavior Review Board.  An inmate may be subject to each of these sanctions or any combination of them.

3.    Class C Violations

C-1    Assault or attempted assault of another person

C-2    Theft of property of another person

C-3    Wrestling, horseplay or disorderly behavior

C-4    Possessing an intoxicating beverage or being intoxicated

C-5    Reporting for an intermittent sentence under the influence of drugs or alcohol.

C-6    Possession of any contraband

C-7    Possession, sale, or exchange of any stolen property

C-8    Failure to cooperate with search procedures

C-9    Causing a miscount or failure to stand count

C-10    Creating a fire, safety, health hazard

C-11    Any violation of the Inmate movement rules

C-12    Lending, selling, giving, trading or exchanging property without authorization

C-13    Verbally interfering with staff in performance of his/her duties

C-14    Throwing or improperly disposing of a food item

C-15    Being in an off-limit area or out of an assigned area

C-16    Offensive conduct or speech or being disrespectful to staff

C-17    Any offense under the Penal Law that would constitute a misdemeanor

C-18    Hoarding any medication

C-19    Any violation of any rule or regulation in this handbook, or posted in plain view that is not stated herein

C-20    Exposing oneself in a lewd manner.

C-21    Failure to clean cell area.

      C-22   Harassing conduct, using obscene / abusive language, using racial slurs, or slurs regarding color, religion or national origin. This includes harassment of a sexual nature (lewd comments, gestures, or sexual acts) towards staff or other Inmates.

      C-23   Lying or being deceitful to staff, making a false report

      C-24   Any violation of the housing unit rules and regulations

      C-25   Gambling or possession of gambling records

      C-26   Participating in an unauthorized assembly

      C-27   Unauthorized contact with the public

      C-28   Violation of Commissary Rules

      C-29   Failure to comply with facility drug test

For any class C violations, up to a 30 day sentence may be imposed by the Hearing Deputy for a first time offense.  Any subsequent violations a sentence of up to 60 days may be imposed if found guilty at a disciplinary hearing.  The sanctions of offenses may include restrictive housing, loss of privileges and future review by the Behavior Review Board.  An inmate may be subject to each of these sanctions or any combination of them.

4. Class D Violations

      D-1    Misuse of telephone privileges/telephone equipment including using other Inmates PIN Number

      D-2    Using another Inmates name on an outgoing letter, or using their free stamps

      D-3    Unexcused absence from work assignment, program or service

      D-4    Feigning an illness or injury

      D-5    Failure to perform work as instructed

      D-6    Using any equipment in an improper or unsafe manner

      D-7    Being unsanitary or failing to keep self-clean

      D-8    Causing unnecessary noise

      D-9    Unauthorized entry into another individual's housing unit

      D-10   Sitting or standing on any table, stairs, half-wall or phone tree.  Standing on chairs, toilet, sink, bunk.

      D-11   Failing to report any injury or illness to staff member

      D-12   Any unauthorized item in an Inmates / s possession or living quarters

      D-13   Refusing to attend TASC class (under 21 years old)

      D-14   Being disruptive in classroom, church service or participating in a disruption.

      D-15   Failure to comply with Inmate movement regulations.

      D-16   Accepting food items from another Inmate's tray while on a special diet

      D-17   Misuse of the facility call buttons

      D-18   Use of tablet in day area, violation of tablet rules

      D-19   Reporting late for intermittent sentence

      D-20   Failing a facility drug test

For any class D violations, a hearing will be requested.  If found guilty on the 1st infraction the following sanctions may be imposed:  Loss of privileges, and or a hearing surcharge of up to $25.  Up to a 15 day sentence may be imposed by the Hearing Deputy if found guilty of a second offense.  Any subsequent violations a sentence of up to 30 days may be imposed if found guilty at a disciplinary hearing.  The sanctions of offenses may include restrictive housing, loss of privileges and future review by the Behavior Review Board.  An inmate may be subject to each of these sanctions or any combination of them.

Any offense committed outside of the secure confines of the facility may result in doubling the allowed sentence at the discretion of the Hearing Deputy. This includes transports, court appearances, medical appointments, work details, etc.

**GRIEVANCE /COMPLAINT PROCEDURES:**

Instructions and procedures for resolving problems, complaints and filing grievances.

The inmate will attempt to get the situation resolved with the Deputy assigned to the housing unit and by using the inmate complaint procedure. An inmate may request and receive a grievance form at any time; however it is highly recommended the inmate attempt the informal resolution process.

If for some reason the inmate and the Deputy are unable to reach an acceptable resolution, inmates are encouraged to use the facility chain of command to resolve the situation. If the inmate is unable to reach an acceptable resolution, the inmate may request and will receive a complaint form to fill out. The on duty shift supervisor will assess and respond to the inmates complaint within 24 hours. If the inmate is not satisfied with this decision/remedy, the shift supervisor will supply the inmate with a New York State Commission of Correction Grievance Form (SCOC 7032-1&2) to fill out, however the grievance must be submitted within 5 days of the act or incident giving rise to the grievance. The completed grievance package will then be forwarded to the facility Sergeant or facility grievance coordinator for resolution. In any case, if the inmate requests a grievance form at any time, the inmate will be supplied with one.

If the grievance is too vague to understand or fails to set forth supporting evidence or information it shall be returned to the inmate. The inmate shall supply sufficient information or evidence within (2) two days or the grievance shall be denied. The inmate may request and will receive assistance in filling out the form.

The grievance will be investigated and the inmate will receive a written determination from the grievance coordinator within 5 business days.

If the inmate is not satisfied with the grievance coordinator's decision, the inmate may appeal the determination to the Jail Superintendent within 2 business days.

The inmate will receive a response from the Jail Superintendent within 5 business days.

If the inmate is still not satisfied with the Jail Superintendent's determination, the inmate may appeal such determination to the State Commission of Correction. The grievance coordinator will forward the entire grievance package to the SCOC and the inmate will be given a receipt confirming delivery.

The inmate will receive a response from the Commission of Correction within 45 business days of their receipt of the grievance.

**\*\*NOTE:**        **Actual penalties and sanctions resulting from disciplinary hearings, administrative segregation (lock down), housing decisions, issues that are outside the authority of the chief administrative officer to control, or complaints pertaining to an Inmate other than the Inmate / actually filing the grievance, <u>WILL NOT</u> be the subject of a grievance, however, the policies and/or procedures leading to these decisions may be the subject of a grievance.**

**Standing Headcount & Lock-In Periods:**

This facility requires standing headcounts at an inmates cell door at a minimum of three times per day. The housing units are also locked in after meals to allow for the cleaning of the housing unit. The housing unit will be locked down for a minimum of 1 hour to allow for cleaning. These times are subject to change

due to what may be happening in the facility.  These headcounts will be announced by staff and are scheduled for these approximate times. Phones will automatically shut off at lock down times.

| | |
|---|---|
| 05:50-06:00 | Morning standing headcount, night lights off and day lights turned on. |
| 06:30-07:00 | Unlock, breakfast meal passed |
| 07:00-08:00 | Lockdown for cleaning, Lockdown showers and recreation completed. |
| 11:15-11:30 | Lockdown for preparation of lunch meal |
| 11:30-12:00 | Lunch trays passed and unlock for lunch- ample time to eat lunch |
| 13:30 | Lockdown for headcount |
| 13:50-14:00 | Afternoon standing headcount |
| 14:15-14:20 | Unlock |
| 16:30 | Lockdown for preparation of dinner meal |
| 16:40-17:00 | Dinner meal passed- ample time to eat dinner |
| 21:30 | Facility lockdown for the evening- Unclassified Inmates allowed out to shower. |
| 21:50-22:00 | Night shift standing headcount |
| 22:15 | Night lights turned on, day lights turned off |
| 23:30 | C-Dorm residents on bunks and quiet, facility TV's turned off |

## Educational Services / Programs
### Educational Services:

- Standard educational opportunities for incarcerated youths 20 years and younger are available year round.  Staff will contact all eligible inmates. Inmates under 21 without a high school diploma are required to attend educational programs.
- A Test Assessing Secondary Completion (TASC) program will be held year round for Inmates 21 years old and older.  Inmates wishing to take part in this program should advise the area Deputy.
- Adult Education programs are also available.  Check with education staff and duty staff.

### Programs:

Periodically the Sheriff's Office Jail Division will have workshops and programs that inmates will be allowed to sign-up for.  Admission to these programs and workshops will be decided based upon inmates behavior in the facility and any size limits of the class.

 Examples of programs that have been held in the past are:

| | |
|---|---|
| OSHA Safety Class- | Successful completion allows for an individual to receive an OSHA safety card. |
| Work Force Development- | Résumé writing and job search techniques. |
| Parenting Class- | Techniques on being a successful parent. |

### Transitional Services:

Transitional services are available to all inmates.  There is a transition coordinator here Monday – Friday to answer any questions or needs.  Transitional services can help with health care, housing, and transportation for anyone leaving the facility.  The Kiosk may be used find out the information you may need.

**Miscellaneous information**

<u>To have funds added to your commissary account</u>

Accesscorrections.com Or call  1-866-345-1884



credit Card

Bail may be paid by cash or

## Livingston County Addresses

| Conflict Defender | Public Defender |
|---|---|
| 6 Court Street<br>Room B-11<br>Geneseo, NY 14454 | Livingston County Government Center<br><br>6 Court Street<br>Room 109<br>Geneseo, NY 14454 |

AllPaid:
Powerful Payment Solutions

● 24 hours a day, 7 days a week, 365 days a year

● 1-888-604-7888

● AllPaid accepts the following credit, debit & prepaid debit card brands

   

To search for your Pay Location Code #, visit: **allpaid.com**

**Bail may be paid by cash or credit card**



24-Hour Hotline
Monroe County: 1-585-546-2777
Genesee, Livingston, Orleans & Wyoming Counties: 1-800-527-1757
RAINN: 1-800-656-4673

<u>How to order Commissary on Phone /Tablet:</u>

    A.  Punch #4 on the payphone to order and follow prompts

    B.  Use app in tablet

<u>To check your commissary account balance on the phone</u>

    1.  Punch #4 on the phone

    2.  Then type in your 6 digit ID number, followed by the # sign

    3.  Then type in your 4 digit pin number, followed by the # sign

    4.  You'll hear a recording say "Your account balance is…."

<u>To order commissary through the phone</u>

    1.  Punch #4 on the phone

    2.  Follow the prompts

        a.  It will ask you for the item number ie: 0123 and will ask you to confirm that is the number you typed in.

      b.   It will also ask you how many of that item you will want ie: 3  (meaning, you want 3 orders of that item)

      c.   At the completion of your order, it will tell you how much money you have remaining

      d.   You can always re-call to add more if you choose to

To add money from your commissary account onto the phone the code is **7001**

To add money from your commissary account to the tablet (Fin link) the code is **7002**

*__Addendum (an item of additional material),__ may be added anytime during the year.  Any Addendum will be printed and attached to this rule book.  Any addendum added to those who already have a rule book will sign acknowledging they have received this addendum*