# DEFENDANT'S EXHIBIT A

SUPREME/COUNTY COURT : ERIE COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

against

PAYTON GENDRON

ECDA Legacy No. 00877-2022

IND- 71645-22/001

THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

FIRST COUNT: DOMESTIC ACT OF TERRORISM MOTIVATED BY HATE IN THE FIRST DEGREE, in violation of Penal Law §490.28, in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of, or serious physical injury to, five or more other persons, caused the death of at least one person, to wit: ROBERTA DRURY, and caused the death of four or more additional persons, to wit: HEYWARD PATTERSON, PEARL YOUNG, RUTH WHITFIELD, CELESTINE CHANEY, AARON SALTER, ANDRE MACKNIEL, MARGUS MORRISON, KATHERINE MASSEY, and GERALDINE TALLEY, none of whom were participants in the criminal transaction, and the defendant did so in whole or in substantial part because of the perceived race and/or color of such person or persons regardless of whether that belief or perception was correct.

SECOND COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of ROBERTA DRURY, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause

serious physical injury to or the death of an additional person, caused the death of HEYWARD PATTERSON, who was not a participant in the criminal transaction.

THIRD COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of HEYWARD PATTERSON, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of PEARL YOUNG, who was not a participant in the criminal transaction.

FOURTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of PEARL YOUNG, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of RUTH WHITFIELD, who was not a participant in the criminal transaction.

FIFTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death

of another person, caused the death of RUTH WHITFIELD, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of CELESTINE CHANEY, who was not a participant in the criminal transaction.

SIXTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of CELESTINE CHANEY, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of AARON SALTER, who was not a participant in the criminal transaction.

SEVENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of AARON SALTER, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of ANDRE MACKNIEL, who was not a participant in the criminal transaction.

EIGHTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of ANDRE MACKNIEL, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of MARGUS MORRISON, who was not a participant in the criminal transaction.

NINTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of MARGUS MORRISON, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of KATHERINE MASSEY, who was not a participant in the criminal transaction.

TENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of KATHERINE MASSEY, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of GERALDINE TALLEY, who was not a participant in the criminal transaction.

ELEVENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE FIRST DEGREE, in violation of Penal Law §125.27(1)(a)(viii), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, being more than 18 years old at the time of the commission of the crime, and with intent to cause the death of another person, caused the death of GERALDINE TALLEY, who was not a participant in the criminal transaction, and, as part of the same criminal transaction, the defendant, with intent to cause serious physical injury to or the death of an additional person, caused the death of ROBERTA DRURY, who was not a participant in the criminal transaction.

TWELFTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of ROBERTA DRURY, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of ROBERTA DRURY, regardless of whether the belief or perception was correct.

THIRTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of HEYWARD PATTERSON, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of HEYWARD PATTERSON, regardless of whether the belief or perception was correct.

FOURTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of PEARL YOUNG, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of PEARL YOUNG, regardless of whether the belief or perception was correct.

FIFTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of RUTH WHITFIELD, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of RUTH WHITFIELD, regardless of whether the belief or perception was correct.

SIXTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of CELESTINE CHANEY, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of CELESTINE CHANEY, regardless of whether the belief or perception was correct.

SEVENTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of AARON SALTER, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of AARON SALTER, regardless of whether the belief or perception was correct.

EIGHTEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of ANDRE MACKNIEL, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of ANDRE MACKNIEL, regardless of whether the belief or perception was correct.

NINETEENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of MARGUS MORRISON, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of MARGUS MORRISON, regardless of whether the belief or perception was correct.

TWENTIETH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of KATHERINE MASSEY, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of KATHERINE MASSEY, regardless of whether the belief or perception was correct.

TWENTY-FIRST COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, caused the death of GERALDINE TALLEY, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of GERALDINE TALLEY, regardless of whether the belief or perception was correct.

TWENTY-SECOND COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

ATTEMPTED MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 110.00, 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, attempted to cause the death of ZAIRE GOODMAN, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of ZAIRE GOODMAN, regardless of whether the belief or perception was correct.

TWENTY-THIRD COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

ATTEMPTED MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 110.00, 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, attempted to cause the death of CHRISTOPHER BRADEN, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of another person, regardless of whether the belief or perception was correct.

TWENTY-FOURTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

ATTEMPTED MURDER IN THE SECOND DEGREE, as a HATE CRIME, in violation of Penal Law §§ 110.00, 125.25(1), 485.05(1)(b), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, with intent to cause the death of another person, attempted to cause the death of JENNIFER WARRINGTON, and intentionally committed this act in whole or in substantial part because of a belief or perception regarding the race and/or color of another person, regardless of whether the belief or perception was correct.

TWENTY-FIFTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses PAYTON GENDRON of the following crime:

CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, AN ARMED FELONY, in violation of Penal Law §265.03(3), in that the said PAYTON GENDRON, on or about the 14th day of May, 2022, in this County, knowingly possessed a loaded firearm, to wit: an assault weapon.

JOHN J. FLYNN
DISTRICT ATTORNEY OF ERIE COUNTY

Arraigned the _____ day of _____ 20 ___

Plead _____ Guilty.

Counsel _____

Filed **JUN - 1 2022** day of _____ 20 __

*Jenny purel*

_____ Clerk

---

**THE PEOPLE**

AGAINST

PAYTON GENDRON

---

**INDICTMENT**

DOMESTIC ACT OF TERRORISM MOTIVATED BY HATE IN THE FIRST DEGREE, P.L. §490.28
MURDER IN THE FIRST DEGREE, P.L. §125.27(1)(a)(viii) **10 COUNTS**
MURDER IN THE SECOND DEGREE, AS A HATE CRIME, P.L. §§125.25(1), 485.05(1)(b) **10 COUNTS**
ATTEMPTED MURDER IN THE SECOND DEGREE, AS A HATE CRIME, P.L. §§110.00, 125.25(1), 485.05(1)(b) **3 COUNTS**
CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, AN ARMED FELONY, P.L. §265.03(3)

---

**JOHN J. FLYNN**
DISTRICT ATTORNEY

**A TRUE BILL**

_____ Foreperson

DA-10 (Rev. 12/16) ECDA

*United States v. Payton Gendron*

**22-CR-109-LJV**

# DEFENDANT'S EXHIBIT B

```
 1   STATE OF NEW YORK:   COUNTY OF ERIE
     ERIE COUNTY COURT:   PART 27
 2   ****************************************

 3   THE PEOPLE OF THE STATE OF NEW YORK,        SENTENCING

 4

 5              -VS-          DA LEGACY FILE NO.: 00877-2022
                                 IND FILE NO.: 71645-22/001
 6

 7   PAYTON GENDRON,

 8                 Defendant.

 9   ****************************************
                              25 Delaware Avenue
10                            Buffalo, New York
                              February 15, 2023
11

12   B e f o r e:

13              HONORABLE SUSAN M. EAGAN,
                Erie County Court Judge.
14

15   A p p e a r a n c e s:

16              JOHN J. FLYNN,
                Erie County District Attorney,
17              By JOHN P. FEROLETO, ESQ.,
                GARY W. HACKBUSH, ESQ.,
18              JUSTIN H. CALDWELL, ESQ.,
                NOHA A. ELNAKIB, ESQ.,
19              RYAN D. HAGGERTY, ESQ.,
                Assistant Erie County District Attorneys,
20              Appearing for the People.

21              BRIAN K. PARKER, ESQ.,
                DANIEL J. DUBOIS, ESQ.,
22              ROBERT J. CUTTING, ESQ.,
                Appearing for the Defendant, Payton Gendron.
23

24   P r e s e n t:

25              PAYTON GENDRON, Defendant.
```

1          THE COURT:  Good morning.  Welcome to Erie

2     County Court.  This is the matter of the People of the

3     State of New York versus Payton Gendron, IND-71645-22/001.

4          Can we have the defendant.

5     (Whereupon, the defendant entered the courtroom.)

6          THE COURT:  The record will reflect that the

7     defendant is present in the courtroom in custody, and we

8     are here today for purposes of sentencing.  Before we get

9     started, I would like to note for the record that I have

10    received numerous media requests regarding the coverage of

11    this case.  I have issued an order allowing for a pool

12    camera to video and audio record this proceeding and

13    livestream the proceeding.  Our local CBS news affiliate,

14    WIVB, has been designated as that pool camera.  There will

15    also be a designated pool still photographer here from the

16    Buffalo News.  Please be advised that no other individuals

17    or entities have been approved, or are permitted to record

18    this proceeding in any way.  And I would ask all

19    spectators to silence their cell phones and refrain from

20    using their cell phones during this proceeding.

21         Both the Buffalo News and WIVB are prepared to share

22    the images and footage that they have captured.  No

23    photos, video or livestream footage may be taken of those

24    sitting in the gallery.  Additionally, not all of the

25    victims that wish to speak here today wish to be on video,

1   and I will identify those individuals to the media, and I
2   would ask that no videos or still photos be taken of those
3   individuals.  I trust that you will honor the order of
4   this Court and the wishes of these victims.
5          Additionally, Part 22 on the fourth floor will be
6   available following this proceeding for the press to
7   gather for any statements from the parties.  Is counsel
8   ready to proceed in this matter?
9              MR. FEROLETO:  Yes, Your Honor.
10             THE COURT:  All right.  I would just ask that
11  all counsel enter their appearance on the record starting
12  with the People.
13             MR. FEROLETO:  Sure.  John Feroleto for the
14  People.
15             MR. CALDWELL:  Justin Caldwell for the People.
16             MR. HACKBUSH:  Gary Hackbush for the People.
17             MS. ELNAKIB:  Noha Elnakib for the People.
18             MR. HAGGERTY:  Ryan Haggerty for the People.
19             THE COURT:  Thank you.
20             MR. CUTTING:  Robert Cutting for Payton Gendron.
21             MR. DUBOIS:  Dan DuBois on behalf of Mr.
22  Gendron.
23             MR. PARKER:  Brian Parker on behalf of Mr
24  Gendron.
25             THE COURT:  Thank you.  The People have

1       indicated that they are ready to proceed.  Is the defense

2       ready to proceed?

3                MR. PARKER:  We are.

4                THE COURT:  Mr. Feroleto.

5                MR. FEROLETO:  Thank you, Your Honor.  The

6       People did receive a copy of the presentence investigation

7       report.

8                THE COURT:  Can you use the microphone,

9       Mr. Feroleto?

10               MR. FEROLETO:  Yes.  The People have received a

11      copy of the presentence investigation report.  We find no

12      errors or omissions.  Today we anticipate that the Court

13      will hear from the following people:  On behalf of Aaron

14      Salter, Kimberly Salter.  She had previously advised that

15      she did not wish to be video recorded, although I have

16      been informed by our victim advocate that she has changed

17      her mind, and she is okay with her statements being video

18      recorded.  On behalf of Celestine Chaney, Wayne Jones.  On

19      behalf of Roberta Drury, Leslie VanGiesen.  On behalf of

20      Andre Mackniel, Daja Brown and Yvonne Elliot.  On behalf

21      of Katherine Massey, Damone Mapps, Demetrius Massey and

22      Adrienne -- I'm sorry, Adrienne Massey and Barbara Mapps.

23      On behalf of Margus Morrison and Pearl Young, Michelle

24      Spight.  On behalf of Ruth Whitfield, Simone Crawley and

25      Sasha Crawley.  On behalf of Geraldine Talley, Brian

1    Talley and Tamika Harper.  On behalf of Jennifer

2    Warrington, Stephanie Waters.  On behalf of Zaire Goodman,

3    Zeneta Everhart.  And Christopher Braden will speak on his

4    own behalf.

5         After the Court hears from those individuals,

6    Assistant District Attorney Justin Caldwell will address

7    the Court with comments on behalf of the District

8    Attorney's Office.

9              THE COURT:  Thank you.  So, Mr. Feroleto, given

10   your comments concerning Ms. Salter, to your knowledge,

11   are there any of the victims that will speak today that do

12   not wish to be videotaped?

13             MR. FEROLETO:  No, Your Honor.

14             THE COURT:  All right.  Thank you.  And you

15   would ask that they come forward before Mr. Caldwell

16   speaks, is that what you said?

17             MR. FEROLETO:  Yes, Your Honor.

18             THE COURT:  All right.  So, at this time, ladies

19   and gentlemen, any victims that wish to come forward to

20   speak to the Court, you may come forward.  And I would ask

21   that you process up to the podium along this side of the

22   courtroom, my right, your left, and that all of the

23   victims remain on this side of the courtroom and not

24   approach from the other side.  So, at this time, I would

25   leave it to the DA's Office.  Good morning.

1          MS. SALTER:  Good morning.  My name is Kimberly

2     Salter and I stand here this morning on behalf and with my

3     husband, Aaron Salter.  My family and I are here this

4     morning and we wear red and black.  Red for the blood that

5     he shed for his family and for his community, and black

6     because we are still grieving.

7          Today I share with you as it is written in God's

8     word.  You will reap what you sow, more than you sow,

9     later than you sow.  It is your choice.  God is loved and

10    he offers love to each and every one of us.  It is written

11    in John 3:16:  For God so loved the world that he gave his

12    only begotten son, that whosoever believes in him shall

13    not parish but have eternal life.

14         I will also read Psalm 35.  The Lord the Avenger of

15    His People, A Psalm of David.

16         Plead my cause O LORD, with those who strive with me;

17         Fight against those who fight against me.

18         Take hold of shield and buckler,

19         And stand up for my help.

20         Also draw out the spear,

21         And stop those who pursue me.

22         Say to my soul,

23         "I am your salvation."

24

25         Let those who put to shame -- let those be put to

```
 1        shame who -- and brought to dishonor
 2             Who seek after my life;
 3             Let those be turned back and brought to confusion
 4             Who plot my hurt.
 5             Let them be like chaff before the wind,
 6             And let the angel of the LORD chase them.
 7             Let their way be dark and slippery,
 8             And let the angel of the LORD pursue them.
 9             For without cause they have hidden their net for me
10        in a pit,
11             Which they have dug without cause for my life.
12             Let destruction come upon him unexpectedly,
13             And let his net that he has hidden catch himself;
14             Into that very destruction let him fall.
15
16             And my soul shall be joyful in the LORD;
17             It shall rejoice in His salvation.
18             All my bones shall say,
19             "LORD, who is like You,
20             Delivering the poor from him who is too strong for
21        him,
22             Yes, the poor and the needy from him who plunders
23        him?"
24
25             Fierce witnesses rise up;
```

1    They ask me things that I do not know.

2    They reward me evil for good,

3    To the sorrow of my soul.

4    But as for me, when they were sick,

5    My clothing was sackcloth;

6    I humbled myself with fasting;

7    And my prayer would return to my own heart.

8    I paced about as though he were my friend or brother;

9    I bowed down heavily, as one who mourns for his

10   mother.

11   But in my adversity they rejoiced

12   And gathered together;

13   Attackers gathered against me,

14   And I did not know it;

15   They tore at me and did not cease;

16   With ungodly mockers at feasts

17   They gnashed at me with their teeth.

18

19   Lord, how long will you look on?

20   Rescue me from their destructions,

21   My precious life from the lions.

22   I will give you thanks in the great assembly;

23   I will praise You among many people.

24

25   Let them not rejoice over me who are wrongfully my

1    enemies;

2         Nor let them wink with the eye who hate me without a

3    cause.

4         For they do not speak peace,

5         But they devise deceitful matters

6         Against the quiet ones in the land.

7         They also opened their mouth wide against me,

8         And said, Aha, aha!

9         Our eyes have seen it.

10

11        This you have seen, O Lord;

12        Do not keep silence.

13        O Lord, do not be far from me.

14        Stir up yourself, and awake to my vindication,

15        To my cause, my God and my Lord.

16        Vindicate me, O LORD my God, according to your

17   righteousness;

18        And let them not rejoice over me.

19        Let them not say in their hearts, Ah, so we would

20   have it!

21        Let them not say, we have swallowed him up.

22

23        Let them be ashamed and brought to mutual confusion

24        Who rejoice at my hurt;

25        Let them be clothed with shame and dishonor

1          Who exalt themselves against me.

2

3          Let them shout for joy and be glad,

4          Who favor my righteous cause;

5          And let them say continually,

6          "Let the LORD be magnified,

7          Who has pleasure in the prosperity of His servant."

8          And my tongue shall speak of Your righteousness

9          And of Your praise all day long.

10

11          And so it is.  This is the reading from God's word.

12     Thank you.

13               THE COURT:  Thank you, Mrs. Salter.  I'm very

14     sorry for your loss.

15               MRS. SALTER:  Thank you.

16               THE COURT:  Good morning.

17               MS. CRAWLEY:  Good morning.  I'm here on behalf

18     of the grandchildren of Ruth Elizabeth Whitfield:

19     Tiffany, Kaniva, Jasmine, Felicia, myself Simone, Garnell

20     the III and Sasha.

21          Our grandmother -- our grandmother went to buy seeds

22     for her garden on May 14th, 2022.  She may not have been

23     able to plant those seeds, but the seeds that she planted

24     throughout her life are abundant.  The same way she

25     brought us together on Ridge Street is the same way she

1      brought unity and solidarity to the masses.  We fondly

2      remember waking up from our sleepovers to the smell of

3      Sunday dinner while getting ready for church.  She was the

4      driving force for our fishing trips and our camping

5      adventures.

6           Our grandmother had a strong and resilient spirit.

7      She will not be present for our milestones, but we stand

8      strong and determined and triumphant in ways that you can

9      never fathom.  We find strength in knowing that her legacy

10     will outlive you.  You will simply go from a name to a

11     number.  You will be herded like cattle.  You will be shut

12     away from the world.  You will not enjoy family events.

13     You will not enjoy outings with friends.  You will be

14     nameless and faceless, and we feel sorry for you.  We pity

15     you even.

16          Your life was meaningless before May 14th, 2022, and

17     you woke up every day feeling small.  You clearly did not

18     value your own life, which allowed you to devalue the

19     lives of others.  Even with all of the heartache that you

20     have caused, you still have failed to break our family

21     spirit.  You thought you broke us, but you awoke us.  We

22     all know the pure hatred and motivations behind your

23     heinous crime, and we are here to tell you that you

24     failed.  We will continue to elevate and be everything

25     that you are not, everything that you hate, and everything

1    that you intended to destroy.  Despite our battle scars,

2    we will not -- you will not win the war.

3         We had a praying grandmother who taught us that the

4    battle is not yours, it is the Lords.  The global

5    outpouring of support and love not only for our family,

6    but for everyone within the black community has spoken

7    volumes, and it reiterates your failure.

8         You are a cowardly racist.  Every single person that

9    has been instrumental in molding you and supporting you

10   and informing you, aiding and supplying weapons needs to

11   be held accountable and not protected as they have been.

12        You recorded the last moments of our loved ones lives

13   to garner support for your hateful cause, but you

14   immortalized them instead.  We are extremely aware that

15   you are not a lone wolf, but a pawn of a larger organized

16   network of domestic terrorists.  And to that network we

17   say, we as a people are unbreakable.

18        Our dear grandmother -- our dear grandmother, Ruth

19   Elizabeth Whitfield, she taught us the power of love, and

20   even in our darkest hour, we will ensure that her legacy

21   will be that of love.

22             THE COURT:  Thank you.  I am sorry for your

23   loss.  It's not necessary for those who wish to speak to

24   stand waiting for your turn.  We will wait for you to

25   approach the podium, so if you would like to take a seat

```
 1     and be more comfortable, you are welcome to do so.
 2               MR. WAYNE JONES:  Hello, Judge.
 3               THE COURT:  Good morning.
 4               MR. WAYNE JONES:  I'm Wayne Jones; the only
 5     child of Celestine Chaney.  I watched you kill my mom.  I
 6     watched you on the Internet.  I watched you shoot her
 7     once, reload, and shoot her again.  I just want you to
 8     remember that name and what you did.  On March 14th, you
 9     killed Celestine Chaney and Rita Drury, Andre Mackniel,
10     Kathleen Massey, Markel -- Margus Morrison, Heyward
11     Patterson, Aaron Salter, Geraldine Talley, Ruth Whitfield
12     and Pearl Young.  These are the names of the victims you
13     decided to kill that day.
14          Here are some of the names of the lives you've
15     changed forever.  Wayne Jones, Sr., Wayne Jones, Jr.,
16     Kayla Jones, Charon Reed, Chayna Jones, Donell Jones,
17     Nasir Jones.  You took from us a loving mother, a
18     grandmother, sister, aunt, cousin and friends.  Behind
19     your senseless act, we will never have another birthday,
20     another get-together, another celebration, shopping,
21     another call on the phone like we often like to do.
22          While I was writing this, tears fell from my eyes.
23     Think about what a beautiful person you took because of
24     your hate, what you've learned from the Internet.  I'm not
25     going to drag this out long.
```

1        I just want to remember some of the things that -- I
2   want you to remember some of the things that I say to you.
3   I've seen you a couple of times in court, and you look
4   like a young man that could be anybody's son.  You don't
5   come across to me as a racist killer, even though that's
6   what you have done.  Mistakes, some are big, and some are
7   small.  This one here is a real big one that you can't
8   take back.  You have to live with this one, bro, just as I
9   have to live with this every day.

10       I don't know what your relationship with your parents
11  are, but I'm a parent and I feel sorry for your parents.
12  You will never get to hug them again, like I won't.  You
13  will never get to see your grandparents again.  You will
14  never see the outside world again.  I don't wish the death
15  penalty on you.  I wish they keep you alive so you have to
16  suffer with the thought of what you did for the rest of
17  your life.  To me, killing you is the easy way out.

18       One day I hope you find it in your heart to apologize
19  to those ten families who you shattered their lives
20  because of senseless unnecessary business that you had
21  going on with yourself.  You have shattered a lot of lives
22  here, sir.  I got a child your age.  I know it was a
23  mistake.  It was a big one, bro.  You have to pay for
24  this.  Just find it in your heart to apologize to these
25  people, man.  I've been there, man.  You've been

brainwashed.  The Internet is the issue.  You're only
eighteen.  Obviously you don't even know black people that
much to hate them.  You learned this on the Internet and
it's a big mistake.  I feel sorry for your mother.  Your
mother, I don't have mine, but your mother, she's dying
inside from what you've done.  She can't even pick her
head up behind some nonsense that you've done, and I hope
you find it in your heart to apologize to these people,
man.  You did wrong for no reason.  That's all I got to
say.

THE COURT:  Thank you, Mr. Jones.  I'm sorry for
your loss.  Good morning.

MS. LESLIE VANGIESEN:  Your Honor, my name is
Leslie VanGiesen.  I represent Roberta Drury's family.  My
daughter, Robbie Drury, was a young woman.  She was not
married.  She had no children.  She never will.  Robbie
was our youngest daughter.  When people ask how many
children do you have, I don't know what to say.  Will I
ever be able to enjoy August 11th, her birthday?  May
14th, how will my family ever have a nice thought on a
beautiful spring day?  How do I look at her Christmas
stocking hanging every year.

Today when I think of Robbie, I don't think of her
like this.  I need this picture to remind me.  She was a
beautiful girl.  I think of her alone laying on the

1    pavement for hours.  I've never been able to see or touch

2    her after that day.  I have been profoundly changed.  My

3    life view is -- it's just saddened everything.  Robbie's

4    family, my family has been permanently damaged, and there

5    is no punishment that will ever reserve -- reverse our

6    loss.  Thank you.

7         THE COURT:  Thank you, Ms. VanGiesen.  I'm very

8    sorry for your loss.  Good morning.

9         MS. TAMIKA HARPER:  My name is Tamika.  I'm a

10   niece of Geraldine Talley.  Our family's aunts are more

11   less our second moms, and that's what you took away from

12   me.  You took away my mom, best friend.  You destroyed our

13   lives forever.  There's not a day that goes by that I

14   don't remember May 14th, and being two minutes sooner, I

15   could have been in that store, and all I think about is

16   could I have saved my aunt, could I have helped her get

17   away from the bullets, or could my mom be suffering more

18   and lose her daughter, her granddaughter and her sister.

19        So, in life everything that happens happens for a

20   reason, and that's good and bad.  At eighteen -- at

21   nineteen years-old, I had to bury my first son.  But the

22   pain I feel from you taking my aunt from our family will

23   never even compare to burying my own child.

24        This was a horrible crime that you committed, and I

25   hope you do pray for forgiveness because, you know, not

forgiving, I'll be blocking my own blessings.  So, do I
hate you?  No.  Do I want you to die?  No.  I want you to
stay alive.  I want you to think about this every day of
your life.  Every day of your life think about my family
and the other nine families that you destroyed forever,
forever.  May 14th will never be the same for me.  My aunt
was my grandchildren's Godmother, and she was taken away
on my granddaughter's birthday.  My granddaughter will
never be able to celebrate her birthday on May 14th.  It
hurts so bad.  It hurts so bad.

But I'm gonna pray for you, and I want everyone to
just pray for all the families that we can get through
this, because right now, almost a year later, I still feel
like my life will never be the same ever.  It will never
be the same.

THE COURT:  Thank you.  I'm sorry for your loss.

MS. BARBARA MASSEY:  I'm not gonna be nice.  My
name is Barbara Massey.  I'm Katherine Massey's sister.
You killed my sister.  Kat -- let me tell you about my
sister, Kat.  Kat weighed a hundred and ten pounds,
seventy-two years old.  Kat would do anything for anybody
at any time.  Kat was intelligent.  She was a teacher.
She was my best friend.  She was anything at any given
time.  Kat was a protector.  If Kat saw you, she'd
probably go in her pocket and give you some money, even

1          though you didn't need it.

2               Kat was an aunt, she was a great aunt, she was a

3          cousin, she was a friend.  Kat said she was a committee of

4          one.  There's nothing Kat wouldn't do for people.

5               I want to personally to choke you, to see my fingers

6          on your neck, because it's unnecessary.  You live two

7          hundred miles to come to Buffalo, you don't even know any

8          black people.  Ninety-five point seven, that's what they

9          said for the census in your town.  You don't know an

10         Indian, a Mexican, nobody, and your little punk ass

11         decided to come and kill my sister.

12              I talked to Kat every single day.  You don't think

13         Kat had any kids?  Kat didn't have any children but she

14         said she had thirty-four thousand; that was the number of

15         kids in school.  Kat had so many children, our mind went

16         boom with her own money.  There's nothing Kat wouldn't do

17         for anybody.  You know what made Kat happy?  I was cutting

18         grass that we don't even own.  That make my sister happy.

19         That's what I was doing when you killed Kat.  I was doing

20         her lawn.

21              I was there eight hours with my family begging the

22         cops, is my sister okay?  You blew off her fuckin' back of

23         her head, man.  A hundred and ten pounds.  Seventy-two

24         years-old.  I want -- you better -- thank you all for

25         protecting me because I will hurt you so bad.  You have

1    made me sick.  You got my family crying.  I miss my sister
2    every day.  I live three doors down from Kat.  I talked to
3    Kat four times a day.  My brother, Ward, goes up there and
4    sit in the park where Kat like to be.  My son called Kat
5    Triple Black because she was so proud of her heritage.  My
6    nephew say Kat was a saint among sinners.  My sister,
7    Katherine Massey, was a great person.  Kat didn't hurt
8    anybody.
9         You gonna come to our city and decide you don't like
10   black people.  Man, you don't know a damn thing about
11   black people.  We're human.  We like our kids to go to
12   good schools.  We love our kids.  We'd never go in no
13   neighborhood and take people out.
14        (Whereupon, an outburst occurred in the courtroom.)
15             (Recess in the proceedings.)
16        THE COURT:  During this proceeding is an
17   opportunity for those of you who are most affected by this
18   heinous act to address the Court and address the
19   defendant, but I am sure that you are all disturbed by the
20   physicality that we've seen in the courtroom here today,
21   and I understand that emotion, and I understand the anger,
22   but we cannot have that in the courtroom.  And I am
23   prepared to give anyone that needs to speak an opportunity
24   to speak, and I know that you need to address some of your
25   comments to the defendant, but we must conduct ourselves

1   appropriately, because we are all better than that.

2         And so we will continue with the proceedings at this

3   time, and anyone that is feeling overwhelmed by their

4   emotions, I would ask that you perhaps step out in the

5   hallway and take a moment to gather yourself.  But we are

6   here today to allow you to express yourself and I will

7   allow you to do that, but I need you to stay at the

8   podium.  We can bring the defendant in please.

9         (Whereupon the defendant entered the courtroom.)

10        THE COURT:  Let the record reflect that the

11  defendant is present in the courtroom, and we are ready to

12  proceed.  Good morning.

13        MS. ZENETA EVERHART:  Good morning.  My name is

14  Zeneta Everhart, and I'm here on behalf of my son, Zaire

15  Goodman.  On May 14th, 2022, my son, Zaire Goodman, was at

16  work doing what young people do.  He was working at his

17  part-time job and then terror struck.  A terrorist shot

18  Zaire point blank in the neck, and the bullet fragments

19  tore through his body and exited his back.  He

20  miraculously survived, but his life is now forever

21  changed.

22        Over the last several months, his life has been all

23  about going to the doctor, seeing therapists, and trying

24  to make peace with knowing that someone came into his

25  community and tried to kill him because of the color of

1    his skin.  And then questioning why his life was spared,

2    when ten others did not survive.  It is an understatement

3    to say that he has survivor's guilt.  He is dealing with a

4    pain that I as a mother cannot heal.

5         The ideology to which this terrorist carried out this

6    attack by some is labeled as a sickness or a disease.  It

7    is not.  Racism, hatred and white supremacy are lifestyles

8    that are chosen.  On that day, Zaire chose to get up and

9    go to work, and that terrorist chose to drive a few

10   hundred miles to shoot and kill ten people and seriously

11   injure three others.  As humans, we have the ability to

12   decipher right from wrong and make choices accordingly.

13   No matter what choice we make, we have to deal with the

14   consequences of that choice, good, bad or indifferent.  On

15   that day, this terrorist made the choice that the value of

16   a black human meant nothing to him.

17        The disregard he has for human life and the

18   callousness to which he carried out this attack on my son

19   and community not only makes him a monster but a coward.

20   Only a weak human takes out their pain on others.

21        The world says you have to forgive in order to move

22   on, but I stand before you today to say that will never

23   happen.  Forgiveness to me puts this tragedy in the laps

24   of the victims, and I, nor my son, will accept the

25   responsibility of his terroristic act.  This is his and

1    his alone.  It is he who will need to ask for forgiveness.

2         As he lay in his cell late at night when he can't

3    sleep, I hope that he is thinking about the ten lives that

4    he stole from us.  I want him to think about my son who he

5    shot and the other survivors.  I want him to think about

6    the community he tried to destroy.  And when the sun comes

7    up, I want him to know that that is Zaire.  That is my

8    son, Zaire Mysaun Goodman, showing you that what you did

9    to him hurt but he continues to shine.

10        Whatever the sentence is that he receives, it will

11   never be enough to pay for the damage that he has caused.

12   I hope that he receives the fate that he deserves.  Thank

13   you.

14             THE COURT:  Thank you.

15             MS. STEPHANIE WATERS:  My name is Stephanie.  On

16   May 14th at 11:00 a.m., I was on a Zoom with a group I've

17   been in for years called Erase.  Our slogan is erasism.

18   We seek through person-to-person communication to

19   eradicate the disease of racism and white supremacy.

20        A few hours after my Zoom ended, I called my sister

21   to visit with her.  She answered the phone.  She said,

22   Steff, I'm in an ambulance, I've been shot in the head.

23   If I die, please be there for my children.  A lot of

24   people have been killed, please ask everyone that we know

25   to pray.

1       I begged her to stay on the phone not knowing if I

2  would ever speak to her again.  She hung up and I headed

3  to the airport.  It wasn't until I was sitting in the

4  airport in a plane that my nephew called and said, Aunt

5  Steff, it was a white supremacist, he filmed the entire

6  thing on livestream.  I groaned and roared and screamed so

7  loudly that the plane was delayed in taking off.  I roared

8  in pain for my sister, my beautiful sister, pharmacist who

9  was serving in the east side.  I never knew if I would see

10  her again.  I was also in pain for my brothers and sisters

11  who do not look like me or like the defendant.  I roared

12  in pain because he bought into the lies of this country

13  that somehow because of the amount of a chemical in our

14  skin we are superior.  We were not even the first ones

15  here in the US.  Okay.

16       Our black and brown brothers and sisters endured

17  centuries, not years, centuries of oppression as they

18  built our buildings and produced our crops by which the

19  foundation of this country was built on.  They continue to

20  endure oppression.  Even the Harvard lawyer is mistaken

21  continually in the courtroom for the defendant and not

22  the -- not the lawyer.  They continue to endure

23  microaggressions.  They continue to have their families

24  gunned down simply because of the color of their skin.

25       You heard some of the family members today reading

1    from the Bible, offering forgiveness, offering peace,

2    showing the beauty of their hearts.  Yes, you also saw the

3    fury.  And for those who serve, you will have to ask

4    people to sit, I ask you to do it with an empathy in your

5    heart and an understanding that for hundreds and hundreds

6    and hundreds of years, we have been looking at our brown

7    brothers and sisters as if they were less than.  They are

8    not less than.  They deserve our respect, they deserve our

9    radical empathy, they deserve for us to get educated on

10   what we can do to treat them with the respect that they

11   deserve.

12        I'm speaking not only for my sister who served in the

13   east side.  My mother's not with me, she's a teacher on

14   the east side, she's teaching today.  Our father, my late

15   father who was a cancer research scientist, Masters and a

16   Ph.D, he dedicated his life to serving.  For the last

17   thirty years on the east side he ran a mission helping

18   people that deserved to be here that deserve to be helped.

19        So, I ask you, Judge, I wish you could promise that

20   the defendant would never have access to social media for

21   the time that he's alive.  I know that's not practical,

22   but I would ask you, the defendant, please, please

23   consider the possibility that you were wrong, and that we

24   are stronger together.  Diversity makes us beautiful.  If

25   every color in the pallet was the same color, we would

1  have no beauty in anything in this world.  Diversity in

2  the body makes us strong.  If every finger was a pinky, we

3  couldn't do anything.  We are stronger together.  A house

4  divided cannot stand.  Thank you.

5        THE COURT:  Thank you.  Good morning.

6        MR. CHRISTOPHER BRADEN:  Good morning, Your

7  Honor.  Christopher Braden.  It has been less than a year

8  since you attacked me and twelve others that day, along

9  with a countless number of Tops' employees, customers and

10  residents of that area.

11        I still remember May 14th, 2022, and everything about

12  it still haunts me.  Your actions have completely changed

13  and impacted my life in every aspect.  I cannot even begin

14  to describe the feeling of terror I had on that Saturday

15  afternoon when I was attacked by you.

16        I was shot in the leg -- I was shot on the inside of

17  my leg just above my knee, and the bullet exited outside

18  below my knee taking almost everything with it.  The

19  injuries I sustained were severe but I remained conscious

20  and coherent the entire time.  I, unfortunately, saw a few

21  victims being killed.  As I was being taken out of the

22  store after the shooting was over, I saw all the victims

23  where they lay.  The visions haunt me in my sleep every

24  night and most days.  I cannot get those memories out of

25  my head.

1   Nighttime is the worst for my PTSD.  I have night

2   terrors that jerk me awake in the middle of the night and

3   I'm unable to calm back down to go back to sleep.  Loud

4   noises never bothered me before but they do now.  I'm also

5   on edge and hypervigilant about my surroundings, feeling

6   the need to be always on alert and protect myself.

7   I spent ten days in the hospital, endured four

8   surgeries with two more surgeries to go.  My left leg

9   below my knee was nearly lost, had it not been for the

10  excellent work of my surgeons and the entire team at ECMC.

11  It takes me at least fifteen minutes every morning just to

12  get out of bed, because my left leg and foot don't work as

13  they should.  Without the brace on my foot, it drags and

14  I'm not able to flex it.  I have no feeling from my knee

15  down to my toe.  Both of these things are permanent.  I

16  just started being able to put my own sock on and shoe.

17  Although some shoes I still have trouble with.

18  I'm frustrated with the things that I haven't been

19  able to do since my injury.  I could speak for hours about

20  my injuries and treatment, as well as the permanency of

21  these injuries, the stress of not being able to return to

22  work, the pain I suffered while hospitalized that

23  continues to this day, extensive rehab I have gone

24  through.  However, I would rather talk about being a

25  survivor.

1    I'm still the same person that I was before you did

2    this to me.  My scars and pain remind me of how strong

3    I've become.  I'm more alive and stronger than ever.  You

4    haven't taken away my will to live.  You haven't broken my

5    spirit.  The scars are a constant reminder of what

6    happened to me but don't define my future.  Thank you.

7        THE COURT:  Thank you, Mr. Braden.  Good

8    morning.

9        MR. BRIAN TALLEY:  Good morning, Your Honor.  My

10   name is Brian Talley.  I'm here on behalf of Geraldine

11   Talley and my nephew, Mark Talley.  Payton Gendron.

12   Payton Gendron.  The reason I mention your name is because

13   so many people have spoke about it, not to say anything,

14   not to mention your name, but you need to be known.  You

15   need to be known world-wide.

16       I've done a little history on you too, Payton.  I

17   watched the video, you know, and I just can't believe,

18   what can you say?  What can you possibly say after putting

19   on a video of killing people?  It was like a video game to

20   you.  What can you possibly say to anybody?  Your words

21   don't mean anything.  After this, I'm leaving because I

22   don't want to hear what you have to say.  It doesn't make

23   a difference.

24       I'm going to give you a little history lesson.  The

25   Willie Lynch Doctrine, the making of a slave, it said you

1   take the biggest, the toughest and the blackest nigger;

2   you take him, you tie a horse to one arm, you tie a horse

3   to the other arm, you tie a horse to one leg, and tie a

4   horse to the other leg, and then you rip him apart in

5   front of every slave to let you know what it is.  You did

6   that to us.  You came into the biggest part, the strongest

7   part of the black community and you ripped us apart.  How

8   can you possibly get any kind of -- how can you possibly

9   stand up here and say that you're sorry, that you're

10  sorry.  You were planning this whole thing.  You planned

11  it.  You put it on a video like it was a video game and

12  watched it.  I watched my sister-in-law get shot by you.

13  I watched it.

14      I went into Tops a couple of times, and every time I

15  go in there, only thing plays out in my mind is where you

16  walked, where you shot, what you did, you know.  The

17  hatred that you must have in your heart for black people,

18  I will never understand.  I don't want to understand it.

19      But I must say this, I pray to God they do not kill

20  you.  Because I've been incarcerated, you know, I have,

21  and I know where you're going, and where you're going,

22  solitary confinement for the rest of your life by yourself

23  wearing this color green.  That's why I wore green today,

24  because I want you to remember this color.  You'll be

25  wearing this color for the rest of your life.  I'm praying

1    that you wear this for the rest of your life.

2         I will say this. My nephew didn't come today because

3    of the hate and the pain that he feel, and I don't blame

4    him. I do not blame him because he's still hurting. This

5    whole community is hurting, man. You broke it. You

6    divided this community so much that it's painful. We will

7    never heal from this.

8         Can you imagine, you wake up on a Sunday morning and

9    you're going shopping, and you're going shopping on a

10   graveyard, because that's what Tops is now, it's a

11   graveyard. It is a graveyard. Can you imagine going to

12   buy your groceries at Forest Lawn, right in the middle of

13   Forest Lawn right now? Well, that's what you did. And if

14   you look at the community right now on Jefferson Avenue,

15   after all the hype and everything, nothing has changed.

16   As a matter of fact, it's got even worse. It's got even

17   worse. Stores is closed down. The community is totally

18   devastated and you did this.

19        I pray to God for your soul. I forgive you, but

20   I forgive you not for your sake but for mine and for this

21   black community. I forgive you because that's the only

22   way we gonna heal. But you can best believe, I will never

23   forget your name. I will follow you, every -- your

24   parole, whenever you in court, whatever you're going

25   through, I'm going to follow you. Just like you followed

1    us, just like you sat down and you followed us.  I will

2    always remember your face.  I will never ever forget you.

3              THE COURT:  Thank you, Mr. Talley.  Good

4    morning.

5              MS. MICHELLE SPIGHT:  Good morning, Your Honor.

6    My name is Michelle.  My last name is Spight.  I lost an

7    aunt on May 14th and a cousin.  What are the chances that

8    two of your family members would be in the same place from

9    two different sides of your family?  This is the first

10   time I really had to process this for myself, as I've been

11   an advocate for my families that couldn't be as strong to

12   speak for themselves.

13        The calculated manifesto that you derived, the way

14   that you started on the street that I grew up on.  You

15   journeyed down my grandmother's street and then wound up

16   at Tops and killed two of my family members.

17        My cousin, Pamela Young, that was -- Pearl Young was

18   her mother.  She was our only daughter.  So I stand here

19   to represent James Young, her son, Damon Young, her son,

20   Pamela Young, her daughter, and all of her grandchildren,

21   Oriana, Greg, Nate, and a host of others.

22        I'm going to read Pamela's statement.  She could not

23   be here today.  It's entitled residency.  What will take

24   up residency?  Will it be May 14th, 2022, or the court

25   appearance or every interview or every time I've had to

1     send my mother's death certificate to an insurance company

2     with the cause of death being multiple gunshot wounds to

3     the head?  You didn't shoot her once, but you turned

4     around and shot her two times.  So much so that her -- her

5     viewing could not even be made by her family.  I won't --

6     great strength.  Some mornings I wake up with questions

7     of, why my mother.

8          I still recall the day I viewed my mother's body for

9     the final time at the funeral home.  Her face held no

10    familiar semblance, and I couldn't even get her wedding

11    ring on her finger because so much of her was distorted.

12    I am jealous of my friends and family because they can

13    remember all the beauty of her smile, and I grapple with

14    my final image.

15         But then I think, what has the right to take up

16    residency in my mind?  I remember being an eight year-old

17    girl traveling with her to UB as she completed her college

18    degree.  The experience of watching her earn her degree

19    and realizing that I could attain one.  She was my

20    inspiration.  I remember my mother's advice on the day of

21    my marriage, her presence at the birth of all three of my

22    children.  There also -- there was also a time nearly

23    fifteen years ago when she lived with me for six months.

24    She needed to recover from a major surgery in a home where

25    she could maneuver around easily.  My mother spent those

months with me and my husband. We drank coffee together
and talked for hours. I was so grateful to be able to
care for her as she had done for me throughout my
childhood.

I vividly recall October 31st, 2019, the night my
husband passed away unexpectedly. I arrived at her house
full of tears. She brushed my hair as I lay on her lap as
if I were a five year-old girl again. I have so many
other memories that I've decided to write them in my
journal.

May 14th will always be a memory of a heinous and
monstrous act of violence perpetuated by an angry man
against my mother simply because of her race. An act of
hatred and white supremacy, but I won't allow it to take
up residency in my mind, not when there is so much more
about my mother that deserves residency there. So when my
mind is invaded by May 14th, 2022, I will allow the tears
to fall, and the question of why to utter from my lips,
but, afterwards, I'll take out my journal to remember all
the precious moments with my mother. Two minutes and
three seconds won't steal those memories.

But, Payton, I hope you are haunted every day and
every night. I hope nightmares invade your sleep and
convict -- and conviction be your constant companion. You
came to Buffalo with hatred and anger in your heart. You

1  terrorized a community, took the life of my best friend,

2  but your anger and hatred is not greater than my love for

3  my mother.  Beautiful thoughts of her are in my mind as I

4  write tonight.  I'm reminded of one of my favorite

5  scriptures and it says:  Now dear brothers and sisters,

6  one final thing.  Fix your thoughts on what is true and

7  honorable and right and pure and lovely and admirable.

8  Think about things that are excellent and worthy of

9  praise.  Philippians four and eight.  This will take up

10  residency in my mind.  Pamela Young Pritchett.

11       And a final reading on behalf of the Morrison family,

12  specifically, Fred Morrison, and his mother who was

13  seventy-two, who on her birthday buried her son.  Thanks,

14  Payton for that.

15       Dear sirs, the dreadful afternoon of May 14th was the

16  day my world was turned upside down.  My life has been

17  altered in unimaginable ways.  The sheer agony I felt

18  waiting at the Makowski School for the confirmation that

19  my brother was one of the victims of this senseless

20  massacre by a white supremacist is riveting.

21       I never imagined my best friend, my only left

22  brother, one who I shared holidays, birthdays, football

23  game days, and most remarkably, our most precious gift we

24  share in our mom.  Now, all mom and I have left are a

25  million questions of why, tons of lifeless pictures and a

plethora of distant memories and countless tears of
insurmountable pain.  Thank you for that, Payton.

Often times my daily struggle is the feeling of not
even wanting to live my life without him.  Margus and I
were inseparable.  Margus was the middle son, the only
living brother I had, the one that fiercely protected me
and my mother.  He was preceded in death by my eldest
brother who died suddenly of a heart attack.  Now guess
what, Payton, I'm reliving the pain of loss all over again
on an entire new level.

Since his murder, I sometimes find myself challenged
by not being able to sleep soundly, paranoia going through
stores, and in my daily routine always watching my back as
if there was a target attached to me.

The added responsibility of being the primary
caretaker for our mother who suffered a stroke, in case
you were concerned, is losing capacity to speak, I'm now
left as the only child and pillow she sheds her tears of
missing her baby boy Margus Morrison on.  No mother -- no
mother should have to bury their child, but my mother
buried her son Margus on her seventy-second birthday, and
Margus's daughter buried her dad on her sixteenth
birthday.

I hope you spend the rest of your life, every second,
every minute, every hour, rehearsing the daunting sound of

the screams and the echos of the lives you snuffed out. I
pray that when you blink your eyes, Payton, you close them
at night to sleep and you see images of the slain and feel
the burning of the sorrow from every family member and
friend of the fallen loved ones in our entire community of
5/14. I pray that every second and every minute of your
twenty-four hours will haunt you as the absence of my
brother at every birthday, holiday, game day, family
gathering, and all the other times we shared that have now
become nothing but gloom and grueling for me and my
family.

The fact that you can sit in this courtroom with no
remorse, flat affect, emotionless, shows the essence of
your privilege, sir; one that my brother never had and
never will. The fact that you are surrounded by white
officers after you casually surrendered while my brother's
blood drained from his body is a testament to society that
we have a long way to go, as some peoples' blood is just
not as important as others. Thus, the reason you lived,
and you have the privilege of being protected.

Needless to say, there is one, and I must address
you, there is one, Payton, that sees all, and you will not
escape the fury of the Almighty. One scripture is true in
the Bible and that is, vengeance is mine, sayeth the Lord,
and he will repay. I pray he's merciful because I too

1    need mercy.  So, I pray he is merciful to let you live so
2    that you can be reminded of the innocent blood that my
3    brother shed behind your calculated, sinister, demonic act
4    that caused my beloved brother to be snatched from our
5    family.  If you don't know God, Payton, I invite you to
6    find him, because you are going to need him.  With deep
7    sorrow, Fred Morrison, brother of Margus Morrison.  Thank
8    you, Your Honor.

9              THE COURT:  Thank you.  Good morning.

10              MS. DEJA BROWN:  Good morning.  So, I want to
11    start off with saying my dad was Andre Mackniel.  He went
12    to that store to get a cake for my little brother, because
13    May 14th is his birthday, my little brother's birthday,
14    and he turned three years-old and he didn't get to
15    celebrate his birthday with his dad because he never came
16    back.

17         So, I was told to write an impact statement.  First I
18    was being selfish and I said I wasn't going to do it, but
19    then I remembered I wasn't doing it for this selfish
20    coward, or the courts or the press, but I was doing it for
21    my dad, my best friend who was snatched from this world
22    because of something he couldn't change, the color of his
23    skin.

24         After I lost my Uncle Bay Bay, my dad's brother, I
25    made my dad promise me to stay on top of his health

because I didn't want to lose him.  And even though we had
a separation in life, once we did rekindle we were
inseparable.  I called him for literally everything,
especially when I wasn't getting my way because I knew he
would make a way.  But most of all, I would be lost
without him because I finally found somebody who
understood me to a T.  We thought a lot alike, and even
though he had to be dad before friend, I always respected
everything he said.

He was so wise, and he made the world easier to live
in because he had all the answers to my wild questions.
When I was around him, I wanted to know his every move,
where he was going, what he was doing, and I made sure I
tagged along, and the one time he leaves without me, he
doesn't come back.

After this happened, I constantly beat myself up
about him going, and I'm still pissed off because he
wasn't given a chance to fight.  He was blindsided.  You
hit him and he didn't even know he got hit.  He was
blindsided by a hateful death at the hands of a selfish
boy, who was obviously not educated on the history of
African Americans.  And because of you murdering my dad,
I'm pissed and I'm sad, and I hate you.  And I didn't
think I would be strong enough to look you in the face and
tell you this, how much you hurt me and my little brother,

1  who's three years-old and got to grow up without his dad,

2  his brothers, my dad's sister, his nieces, nephews, his

3  grandkids.  Our dad, the man who created us, was killed by

4  a little boy who was obviously raised by hateful people,

5  and I hate your parents too so let them know that.

6      And there's nothing in this world, no amount of

7  money, anything anyone can say that will change how I

8  feel.  This is the worst way to lose someone so close to

9  you, and I'll never forgive you.  And I don't have it in

10  me, because no matter what, it wasn't my time -- it wasn't

11  my dad's time to go.  And who are you to think you control

12  that.

13      My father, Andre Mackniel, Sr., his name will live on

14  until the day I die.  So you -- I don't know what else to

15  say to you.  I just hope you feel bad, I really do.  And I

16  hope -- I just hope you go through it in prison.  That's

17  all I got to say.

18          THE COURT:  Thank you.  Good morning.

19          MR. YVONNE ELLIOTT:  Hello.  I'm Yvonne Elliott,

20  I'm Andre Mackneil's brother.  Andre -- me and Andre are

21  eleven months and eight days apart.  On the 28th I'll turn

22  fifty-three.  On March 8th he'll turn fifty-four.

23      Payton, you took this from me.  You took the last of

24  my line.  My mother died three days before 9/11.  My

25  brother, baby brother died in 2017.  My father died in

1    2017. I'm all that's left besides my baby sister. But

2    what I grew up with you took from me, which was my

3    brother. The last, oldest, the only one I had, the only

4    one I could go to.

5        You know, I became homeless and he came and found me

6    and got me, brought me to his house. And shortly thus

7    after that, you know, he planned a party for my nephew and

8    asked me to be here, you know, because of my work and

9    trying to better my life, I didn't make it. But any other

10   thing and any other day that he's in -- Auburn is where he

11   lived. We were born and raised in Buffalo. Yes, we are

12   from Buffalo. Yes, this is our home. So you took a lot

13   from me when you came into Buffalo and you drove past

14   Auburn, you know, because Conklin is not that far.

15       Actually, I don't understand why, you know, you came

16   all the way to Buffalo when there was a million different

17   black communities, but you shouldn't have came anywhere.

18   You should have sat in your car and thought about your

19   actions. As an eighteen year old, I don't know how you

20   can even continue on. I don't know who talked you into

21   it. You know, because I know a lot of eighteen year-old

22   white boys. So you know this, I know a lot of eighteen

23   year-old caucasian little friends of mine, I call them

24   little homies. None of them are racist so I'm confused.

25   Especially the three that I know from Conklin where you're

1    from.

2        So I'm confused on how you got past everybody with

3    your ideology and all this nonsense, that you have all

4    these protectors of you.  But so that you know, that

5    they're here now.  Where you're going, I've been, and your

6    own kind is going to get you.  Just so you know, I've been

7    in that prison, your own kind is going to get you.

8    Everything that you think that you know about prison and

9    whatever they told you is a lie.  Trust me.  I've been

10   there.  You can ask anybody in here to look up my name and

11   they'll find three different New York State ID numbers,

12   which you're about to be.  And your own kind is going to

13   get you.  They're going to befriend you.  They're going to

14   do you real filth.  That's the sad part about it.

15       But you took fifty-three years from me.  You took the

16   last of my line from me.  All that I grew up with, all

17   that I know is gone.  All of it.  He was all I had left,

18   and you came in here into Buffalo on May 14th and took

19   that from me.  Ill never understand why.  I don't think

20   anybody will, but you will get what you got coming.  You

21   will.  That is a promise.

22       As someone has said, ven -- God says vengeance is

23   mine; he'll get you.  He will get you for all of us.  Do I

24   hate you?  No.  Do I want to hurt you?  Yes.  And trust me

25   and believe, these dudes can't stop me really.  I'm the

1    littlest thing in here, very agile, but I don't want to

2    hurt you.  And I got nine children -- ten children I got

3    to go home to.  Andre had five, and he can't even -- they

4    can't even see him anymore.  And my nephew, my three

5    year-old nephew, every day he's calling for his father,

6    and he can't -- he's not coming.  You know how bad that

7    hurts?  You know, it's sad when I got to ignore my

8    nephew's phone calls to tell him that daddy's not coming.

9    It's sad, because that's all he wants to know, and I don't

10   have an answer.  But you took a lot from me.  You took a

11   lot from my family.  But me, the last, I have no mother,

12   no father, no brothers anymore.  You know what you took?

13                THE COURT:  Thank you.

14                MR. CALDWELL:  Your Honor, we had an opportunity

15   to hear from some of the victim's family members.  We've

16   spoken about the effect that this heinous, racially

17   motivated act had on them, their family members, their

18   friends and their community.  However, there are

19   additional family members you've not heard from today.

20   Some wrote statements and chose not to speak; others could

21   not bear to write a statement and relive one of the most

22   traumatic events of their lives.

23       I would like to speak on behalf of all of those

24   personally affected who chose not to submit a statement,

25   and then I'd like to speak on behalf of the DA's Office.

1        Heyward Patterson's family members did not wish to

2        speak today and did not submit a victim impact letter.

3        Nonetheless, I can assure this Court that their reluctance

4        to speak or write a letter is because of how difficult

5        this process is, which everyone has seen today.

6        Everyone who was in Tops on May 14th of 2022 or knew

7        someone who was killed on that day has experienced trauma

8        that is not easy to speak about.  Their absence is not an

9        indication that they don't care about the outcome or that

10        they have simply moved on.  In actuality, it's an

11        indication that they're still recovering and learning to

12        cope, and cannot yet bring themselves to confront the

13        defendant or even articulate all of their feelings in a

14        letter.

15        I'd like to focus on the people who were at Tops

16        Supermarket on the day of the attack for a moment.  While

17        there are many people who escaped that horrible event

18        alive physically unharmed, they will be scarred

19        emotionally for the rest of their lives.  I visited the

20        Tops Supermarket where this all occurred in the aftermath

21        of the incident, and it certainly had an immediate effect

22        on me, and I was only present for a limited amount of

23        time.

24        I can't imagine what the survivor's of this incident

25        were going through during the incident, as they remained

1    hidden and quiet, hoping and praying that the defendant

2    didn't find them and end their lives too.

3        At this time, Your Honor, I'll speak on behalf of the

4    DA's office.  On May 14th of 2022, this defendant

5    displayed the callus disregard for human life.  He drove

6    over two hundred miles out of his way with one mission,

7    with one goal, to kill as many black people as possible.

8        During that three-hour drive, he could have turned

9    around, but he wouldn't be deterred.  He was steadfast to

10    accomplish his goal of killing as many black people as

11    possible and starting a race war.  He fed into propaganda

12    and lies that convinced him that somehow these innocent

13    people who he had never heard of, who had never heard of

14    him, who had never had a conversation with him, who had

15    never even met him, were a threat to his very existence

16    and identity as a white man.

17        The defendant executed ten people and wounded three

18    others in slightly over two minutes.  The only time he

19    expressed a scintilla of remorse or regret is when he

20    apologized to Christopher Braden, a white man, for

21    shooting him.  Any statement of expression or remorse at

22    this point, any tears fall flat in the face of such

23    violent actions.  And I wholeheartedly believe that the

24    only other regret that the defendant has is that he didn't

25    kill more black people before he was apprehended by

1    Buffalo Police officers.

2         In fact, the defendant was so sure of his beliefs,

3    which were based on lies and propaganda, that he

4    livestreamed his attack with the goal of inspiring others

5    to commit similar attacks, with the goal of tearing this

6    community down, with the goal of spreading hatred and

7    fear.  He failed.

8         This community has pulled together.  People of all

9    races, sexual orientations and religions working together

10   to show love and unity for one another.  On May 14th of

11   2022, ten beautiful and innocent lives were violently

12   taken from their family, friends and community because the

13   defendant subscribed to hateful ideology.  However, their

14   legacy won't be as victims struck down by someone with

15   unfathomable hatred in his heart, but instead, it will be

16   as a beacon of light that has brought love to this

17   community, that made this community stronger, that united

18   people of all races throughout our community and our

19   country.

20        The defendant's legacy on the other hand, will be of

21   a cowardly murderer who killed unarmed citizens.  The

22   defendant thought that this would create enough tension to

23   start a race war, that we would turn on each other.  He

24   thought that everyone has as much hate in their hearts as

25   he does, but he was wrong, and again he failed.

1    This community showed that they are not as ugly as

2    the defendant's hateful ideology, and instead of choosing

3    violence, they chose love.  They showed the world that the

4    love of this community will always be stronger than white

5    supremacist hatred, and hopefully, the defendant will have

6    to live with this failure for the rest of his life in a

7    jail cell while this community continues to flourish.

8    Your Honor, this sentencing is an opportunity to say

9    no to racism, to say no to hate, our chance to hold this

10    defendant accountable and show others that think like the

11    defendant that these acts have no place in our society,

12    and that there will be dire consequences for anyone who

13    tries to follow in his footsteps.  I ask Your Honor to do

14    what justice demands, to sentence this defendant to the

15    maximum possible sentence allowable by our laws in New

16    York State, to sentence him to a period of life without

17    parole.  Thank you.

18    THE COURT:  Thank you, Mr. Caldwell.  Have the

19    People had an opportunity to review the pre-sentence

20    investigation, and is there anything you'd like to make a

21    record about with regard to that?

22    MR. FEROLETO:  We have had an opportunity to

23    review it.  We have nothing to add, Your Honor.  Thank

24    you.

25    THE COURT:  Anything further from the People?

1          MR. FEROLETO:  No, Your Honor.

2          THE COURT:  Thank you.  Mr. Parker.

3          MR. PARKER:  I want to acknowledge that today is

4     what I can only imagine is one of many solemn days in the

5     lives of the survivors and the family members of those who

6     died.  Their words are heart-wrenching.  Their loss,

7     unimaginable.  Only those who have lived it can truly

8     understand their anguish.

9          For the devastation that he caused, Payton Gendron

10    will be sentenced to spend the rest of his life in prison

11    with no possibility of ever being released.  Our client

12    committed these terrible crimes.  He is responsible for

13    his actions, and he will be held accountable, and he will

14    suffer the consequences for what he did.

15         This case highlights, however, a much deeper problem.

16    This young man's violent hate-fueled assault was in part

17    the product of centuries of pervasive racism and

18    discrimination in this country.  These problems need to be

19    addressed, just as many others have publicly demanded

20    since this terrible event took place.  Unfortunately,

21    neither this proceeding, nor any criminal trial can expose

22    or address the historical racism that set the stage for

23    our client's horrible acts.

24         We as a community need to have those conversations in

25    our legislative bodies and in our living rooms to achieve

1      meaningful change.  We know that some of the families and

2      their lawyers have asked for the information collected by

3      law enforcement during their investigations of this crime.

4      We support that request.  We hope the resolution of this

5      case brings the day for that information to be shared

6      closer.  The racist hate that motivated this crime was

7      spread through on-line platforms, and the violence that

8      was made possible was in part due to the easy access of

9      assault weapons.

10      Still, our client is responsible for this crime.  He

11      will spend the rest of his life locked away and eventually

12      he will die in state prison.  We hope that knowing he will

13      never be free again will offer some small bit of comfort

14      to those that he hurt so much.

15      Some of those most affected by his crime have

16      expressed a need to know whether our client is remorseful;

17      remorseful for what he did and the devastation that he

18      caused.  We are aware, however, that for others, any

19      expression of remorse would be meaningless, and the very

20      sight of him or the sound of his voice can be painful.  At

21      this time he has a brief statement to make.  His words are

22      not in any way intended to inflict any further pain on

23      those that have already suffered, and we hope that they do

24      not do so.  Thank you.

25      THE COURT:  Thank you, Mr. Parker.

```
 1              THE DEFENDANT:  I'm very sorry for all the pain
 2     I caused the victims and their families to suffer through.
 3     I'm very sorry for stealing the lives of your loved ones.
 4     I cannot express how much I regret all the decisions I
 5     made leading up to my actions on May 14th.  I did a
 6     terrible thing that day.  I shot and killed people because
 7     they were black.  Looking back now, I can't believe I
 8     actually did it.  I believed what I read on-line and acted
 9     out of hate.  I know I can't take it back but I wish I
10     could, and I don't want anyone to be inspired by me and
11     what I did.
12              THE COURT:  Has the defense had an opportunity
13     to review the presentence investigation, and is there any
14     record you wish to make with regard to that?
15              MR. PARKER:  Judge, we have had a chance to
16     review the presentence report, and we have no comment on
17     it at this point.
18              THE COURT:  Is there any further comment the
19     defense wishes to make?
20              MR. PARKER:  No.  We are ready for sentencing.
21              THE COURT:  I would like to thank you all for
22     being here, and thank those of you who have shared your
23     thoughts and feelings with the Court either in writing or
24     in open court here today.  It is very meaningful to me,
25     and I believe that it is important for the defendant and
```

1    the world to hear what you have to say.  I am very sorry

2    for your losses and the pain that you feel.

3        I would like to recognize the heroic officers of the

4    Buffalo Police Department, who without hesitation ran

5    towards the danger of an active shooter call, swiftly and

6    professionally stopping and containing the defendant and

7    putting an end to his evil rampage.  Thank you.

8        I have spent a lot of time thinking about this case,

9    our community, our nation, how we got here, and where we

10   go from here.  It all comes down to character, and having

11   the strength to stand up for what is right.  Our character

12   is not defined by the good and easy times.  It is defined

13   by the hard and challenging times.  And often our

14   character is revealed not necessarily by what we say but

15   by what we do.

16       I am both immensely proud of and grateful for the way

17   Buffalo has rejected the evil and hate that was inflicted

18   on our community.  The character of good people throughout

19   this city, county, state, nation, and even

20   internationally, has shown through as they have stood with

21   the victims of this heinous and cruel act.

22       This indictment speaks to the thirteen victims and

23   their families that lost the most, but they are not the

24   only victims.  There are thousands that have been

25   traumatized directly and vicariously by this defendant's

1     actions.  We have seen the community turn out in support

2     and are seeing signs of much needed change in East

3     Buffalo.  It is a testament to the power of love and

4     compassion to overcome evil and hate by turning pain into

5     purpose, but it is just the beginning.  We have a long way

6     to go.

7          This hateful act and other similar hateful acts

8     across the country motivated by white supremacy and

9     replacement theory are a reckoning for us as a nation.

10    The ugly truth is that our nation was founded and built in

11    part on white supremacy starting with the treatment of

12    Native Americans by the first European settlers; to the

13    cruel inhumane economic engine, nation-building practice

14    of slavery; to indentured servitude; to Jim Crow Laws; to

15    government policies creating segregated public housing

16    with communities of color often placed in environmentally

17    hazardous locations; to the manner in which expressways

18    were built dividing urban neighborhoods to create easy

19    access to government subsidized developments in the

20    suburbs with restricted covenants prohibiting the sale of

21    suburban homes to African Americans; to redlining

22    practices in communities of color, further devaluing those

23    neighborhoods; to the GI Bill, a well-deserved financial

24    boon to our servicemen, unless of course you were a

25    serviceman of color; to the war on drugs and mass

1    incarceration, disproportionately of men of color; to the

2    school to prison pipeline; to inequities in education,

3    employment opportunities and compensation; to the

4    existence of food deserts and inadequacies in health care.

5        Our history is replete with both individual and

6    systemic discriminatory practices.  Many of them still

7    firmly in place today.  In fact, it is these very policies

8    and practices that contributed to and made this atrocity

9    possible.  The effects of these policies, some current and

10   others decades and centuries old, created the segregation

11   in our city, and enabled this defendant to research and

12   identify his target to maximize the impact of his evil

13   intent.  All of these policies and systems, either

14   sponsored or tolerated by the government and implemented

15   by individuals, were designed to destroy the very fabric

16   of family life, opportunities for success, the creation of

17   generational wealth, and even the mere existence of hope

18   in communities of color.

19       The harsh reality is that white supremacy has been an

20   insidious cancer on our society and nation since its

21   inception, and it undermines the notions of a meritocracy

22   and land of opportunity that we hold so dear.

23       However, white supremacy is not inevitable or

24   unstoppable.  It has been carefully cultivated and

25   nurtured by individuals and the government for centuries.

1   This is the history that we have all inherited.  It
2   has been passed down from generation to generation.  We
3   must acknowledge that history, see that history for what
4   it is, recognize it and learn from it, or we are doomed to
5   repeat it.  Let ours be the generation to put a stop to
6   it.  We can be better.  We must do better.  Our own
7   humanity requires it.

8   As an individual, we must call out injustice in our
9   daily lives when we see it.  We must reject racism in all
10  of its forms.  We must be conscious of the power of our
11  words and actions, and the impact they have on those
12  around us both intended and unintended.  We must demand
13  better of our public servants in their efforts to address
14  inequity, and we must embrace government policies aimed at
15  creating and fostering diversity, equity and inclusion.

16  We must make the outpouring of support, love and
17  compassion that followed this heinous act an every day
18  practice.  We are stronger together.  These are hard and
19  challenging times.  Our characters are being tested.  The
20  future of our nation is at stake.  Are we up to the
21  challenge?  I believe that we are.

22  In the words of Poet Laureate Amanda Gorman, there is
23  always light, if only we are brave enough to see it.  If
24  only we are brave enough to be it.

25  Mr. Gendron, please stand.  There is no place for you

1  or your ignorant, hateful and evil ideologies in a

2  civilized society.  There can be no mercy for you, no

3  understanding, no second chances.  The damage you have

4  caused is too great, and the people you have hurt are too

5  valuable to this community.  You will never see the light

6  of day as a free man ever again.

7  It is the judgment of this Court for your conviction

8  under the first count of the indictment, a domestic act of

9  terrorism motivated by hate in the first degree, an A-1

10  felony, that you be sentenced to life imprisonment without

11  parole.

12  Under the second count of the indictment, murder in

13  the first degree for the murder of Roberta Drury, a

14  vibrant thirty-two year-old young woman, a daughter, a

15  dedicated sister and friend, I am imposing a sentence of

16  life imprisonment without parole.

17  Under the third count of the indictment, murder in

18  the first degree for the murder of sixty-seven year-old

19  Heyward Patterson, a son, father and friend, known as a

20  faithful, hard-working, generous, well-dressed man, I am

21  imposing a sentence of life imprisonment without parole.

22  Under the fourth count of the indictment, murder in

23  the first degree for the murder of seventy-seven year-old

24  Pearl Young, a daughter, a mother, grandmother and friend,

25  known for being a loving, dedicated substitute teacher, I

1    am imposing a sentence of life imprisonment without

2    parole.

3         Under the fifth count of the indictment, murder in

4    the first degree, for the murder of eighty-six year old

5    Ruth Whitfield, a daughter, sister, wife, mother and

6    grandmother, a dedicated caretaker, an avid fisher woman,

7    and a valued member of her church community, I am imposing

8    a sentence of life imprisonment without parole.

9         Under the sixth count of the indictment, murder in

10   the first degree for the murder of Celestine Chaney, a

11   daughter, sister, mother, aunt, grandmother and friend, a

12   fighter who at sixty-five had beat cancer and multiple

13   aneurysms, a person who enjoyed life and laughed easily, I

14   am imposing a sentence of life imprisonment without

15   parole.

16        Under the seventh count of the indictment, murder in

17   the first degree for the murder of Aaron Salter, age

18   fifty-five, a son, brother, husband and father, a car guy

19   and a lover of camping, a retired Buffalo Police officer

20   heroic and selfless to the very end, I am imposing a

21   sentence of life imprisonment without parole.

22        Under the eighth count of the indictment, murder in

23   the first degree for the murder of fifty-three year-old

24   Andre Mackniel, a son, brother, uncle, father, and

25   fiancee, devoted Miami Heat fan, survived by a three

year-old son, I am imposing a sentence of life
imprisonment without parole.

Under the ninth count of the indictment, murder in
the first degree for the murder of Margus Morrison, age
fifty-two, a son, brother, husband and father, he loved
music and sneakers, I'm imposing a sentence of life
imprisonment without parole.

Under the tenth count of the indictment, murder in
the first degree for the murder of seventy-two year-old
Katherine Massey, Kat, a daughter, sister, aunt and
friend, an activist known for her sincerity,
thoughtfulness and honesty, I am imposing a sentence of
life imprisonment without parole.

Under the eleventh count of the indictment, murder in
the first degree for the murder of Geraldine Talley, age
sixty-two, a daughter, mother and aunt, the life of the
party and a top-notch baker, I am imposing a sentence of
life imprisonment without parole.

By operation of law, the sentences on counts two
through eleven must run concurrently with the sentence
imposed on the first count.  Under the remaining counts of
the indictment to which you pled, the law permits me based
on your age to consider granting you youthful offender
status.  The purpose of youthful offender status under the
law is to prevent the stigmatization of young offenders

1     based on hasty and thoughtless acts, and to provide them a

2     fresh start and a renewed opportunity to be a law-abiding

3     productive member of society.

4          However, given the manner in which you methodically

5     planned, researched, conducted recognizance and executed

6     your hateful crimes, a finding of youthful offender status

7     is not appropriate.  There was nothing hasty or

8     thoughtless about your conduct.  There are no mitigating

9     factors to be considered.

10          You will be sentenced as an adult on the remaining

11     counts.  Under the twenty-second count of the indictment,

12     attempted murder in the first degree for the attempted

13     murder of twenty year-old Zaire Goodman, a beloved son, a

14     hard-working young man of character, I am imposing the

15     maximum determinate sentence of twenty-five years,

16     followed by five years of post-release supervision.  I

17     direct this sentence to run consecutively to all other

18     sentences imposed.

19          Under the twenty-third count of the indictment,

20     attempted murder in the first degree for the attempted

21     murder of fifty-five year-old Christopher Braden, a son,

22     father, husband and friend, a professional serving the

23     needs of the good people of the City of Buffalo, I'm

24     imposing the maximum determinate sentence of twenty-five

25     years followed by five years of post-release supervision.

1    I direct this sentence to run consecutively to all other

2    sentences imposed.

3        Under the twenty-fourth count of the indictment,

4    attempted murder in the first degree for the attempted

5    murder of Jennifer Warrington, age fifty, daughter,

6    mother, wife, friend, a professional serving the needs of

7    the good people of the City of Buffalo, I am imposing the

8    maximum determinate sentence of twenty-five years followed

9    by five years of post-release supervision.  I direct this

10   sentence to run consecutively to all other sentences

11   imposed.

12       Under the twenty-fifth count of the indictment,

13   criminal possession of a weapon in the second degree, I am

14   imposing the maximum determinate sentence of fifteen years

15   followed by five years of post-release supervision.  I

16   direct this sentence to run consecutively to all other

17   sentences imposed.

18       I am assessing the mandatory surcharge of three

19   hundred dollars, the crime victim assistance fee of

20   twenty-five dollars, and a DNA fee of fifty dollars.  You

21   have thirty days to appeal the sentence of this Court.

22   This concludes these proceedings, and the Court will stand

23   in recess.

24

25                    *    *    *    *    *

1          I, MAUREEN J. DUGGAN, RPR, hereby certify that the

2    foregoing 57 pages are a true and accurate transcription of the

3    stenographic notes taken by me on February 15, 2023.

4

5

6                                   _Maureen J. Duggan_

                          ------------------------------

7                            MAUREEN J. DUGGAN, RPR
                             Notary Public.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# DEFENDANT'S EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,                        CRIMINAL NO.

v.

PAYTON GENDRON

        Defendant.

## CERTIFICATION OF THE ASSISTANT ATTORNEY GENERAL

I, Kristen M. Clarke, hereby certify that in my judgment, prosecution by the United States of PAYTON GENDRON, for violations of Title 18, United States Code, § 249(a), on May 14, 2022, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 249(b).

Dated   6/10/22

                                     Kristen M. Clarke
                                     Assistant Attorney General
                                     Civil Rights Division