# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAYTON GENDRON

    Defendant.

CRIMINAL NO.

### **CERTIFICATION OF THE ASSISTANT ATTORNEY GENERAL**

I, Kristen M. Clarke, hereby certify that in my judgment, prosecution by the United States of PAYTON GENDRON, for violations of Title 18, United States Code, § 249(a), on May 14, 2022, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 249(b).

Dated  6/10/22

*[signature]*
Kristen M. Clarke
Assistant Attorney General
Civil Rights Division