*United States v. Payton Gendron*

**22-CR-109-LJV**

# DEFENDANT'S EXHIBIT A

DECLARATION OF MATTHEW RUBENSTEIN REGARDING
PRE-TRIAL PREPARATION TIME IN THE SECOND CIRCUIT

1. I serve as the Director of the Capital Resource Counsel (CRC) project. The Capital Resource Counsel and the Federal Death Penalty Resource Counsel (FDPRC) projects comprise the Federal Capital Trial Project (or "Trial Project").[1] Established in early 1992, a core function of the Trial Project is to provide consultation, training, and assistance to counsel and courts to improve the quality of representation and the cost-effectiveness of defense services in federal capital prosecution cases.[2] I joined the Trial Project in 2010 as a Capital Resource Counsel and became the Director of the Capital Resource Counsel (CRC) project in 2015. The Trial Project is funded and administered by the Defender Services Office of the Administrative Office of the United States Courts.

2. My responsibilities as the Director of the Capital Resource Counsel Project include the monitoring of all federal capital prosecutions throughout the United States to assist in the delivery of adequate defense services to indigent capital defendants in such cases. This effort

---

[1] The Trial Project assigns a CRC or FDPRC attorney to work with the defense team in every federal capital eligible case as a "resource counsel." In their role as resource counsel, the CRC attorneys (full-time salaried federal defender staff) and FDPRC attorneys (part-time contractors) are not counsel of record; rather, they provide advice, assistance, and helpful information and resources to the defense team. In addition to their work as resource counsel, the CRC attorneys often serve as death-qualified "learned" counsel as part of their Project responsibilities; and the FDPRC attorneys are often appointed to serve as "learned" counsel as CJA counsel outside their role with the Project.

[2] The work of the Trial Project is described in a report prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, *Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation* (May 1998), at 28 – 30, http://www.uscourts.gov/sites/default/files/original_spencer_report.pdf [Perma.cc archive: https://perma.cc/SU25-GWMV]. The Subcommittee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project . . . , which has become essential to the delivery of high quality, cost-effective representation in death penalty cases . . . ." *Id.* at 50.

An update to the Report states: "Many judges and defense counsel spoke with appreciation and admiration about the work of Resource Counsel. Judges emphasized their assistance in recruiting and recommending counsel for appointments and their availability to consult on matters relating to the defense, including case budgeting. Defense counsel found their knowledge, national perspective, and case-specific assistance invaluable." *Report to the Committee on Defender Services, Judicial Conference of the United States, Update on the Cost and Quality of Defense Representation in Federal Death Penalty Cases* (September 2010) at 63. https://www.uscourts.gov/sites/default/files/fdpc2010.pdf [Perma.cc archive: https://perma.cc/LPH6-K8QB].

includes overseeing the collection of data on the initiation and prosecution of federal capital cases.[3]

3. In the Second Circuit there have been fifteen federal capital trials from 2005 to the present.[4] The average time between charges being initiated and the trial date in federal capital cases is 53.4 months.[5] The average time between the notice of intent to seek the death penalty and the trial date is 30.2 months. The data regarding these trials is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that the foregoing is true and correct. Executed this 25th day of March, 2025.

        /s/ Matthew Rubenstein
        Matthew Rubenstein

---

[3] In order to carry out the duties entrusted to me, I rely on the data gathered by Kevin McNally who served as Resource Counsel with FDPRC since the inception of the Trial Project in January 1992, served as the Director of FDPRC between 2007 and 2018, and continued overseeing the collection of data on the initiation and prosecution of federal capital cases until 2024 when I took over this responsibility.

[4] Note that Ronell Wilson (E.D.N.Y. No. 1:04-CR-01016-NGG) was tried a second time after his first sentence of death was reversed. This trial was excluded from the data set because the preparation effort for a retrial is different than the preparation effort for a first trial and the calculation of the duration between charging and the start of the second trial is inapposite to the analysis of the average pre-trial preparation time.

[5] Note that the date of charges being initiated in the Ronell Wilson case is the date charges were filed in state court. Mr. Wilson was originally charged with the death penalty in state court. When the death penalty was being abolished in New York, the prosecution was transferred to federal court. Defense counsel remained from the state case and an attorney with federal experience was added to the defense team. And the date of charges being initiated in the Azibo Aquart case is the date charges were filed in state court. Federal involvement was evident from the outset, as the arrest was orchestrated by an FBI Special Agent supervising a federal task force, and federal authorities attended the state-court proceedings in October 2005.

Exhibit A

| Defendant | Docket No. | Victim Count | Status | Charged | Auth Date | Trial Start | Charge to Trial (Months) | Auth to Trial (Months) |
|---|---|---|---|---|---|---|---|---|
| Williams, Elijah Bobby | SDNY 1:00-CR-1008 | 3 | Life-jury | 9/26/00 | 2/4/03 | 3/22/05 | 53.9 | 25.6 |
| Williams, Michael | SDNY 1:00-CR-1008 | 3 | Life-jury | 9/26/00 | 2/4/03 | 3/22/05 | 53.9 | 25.6 |
| Aguilar, Martin | EDNY 1:01-CR-1367 | 1 | Life-jury | 12/10/01 | 5/14/04 | 10/30/06 | 58.7 | 29.5 |
| Caraballo, Gilberto | EDNY 1:01-CR-1367 | 2 | Life-jury | 12/10/01 | 5/14/04 | 1/14/08 | 73.1 | 44.0 |
| James, Richard | EDNY 1:02-CR-778 | 2 | Life-jury | 6/27/02 | 8/1/03 | 3/26/07 | 57.0 | 43.8 |
| Mallay, Ronald | EDNY 1:02-CR-778 | 2 | Life-jury | 9/27/02 | 8/1/03 | 3/26/07 | 54.0 | 43.8 |
| Henderson, Darryl | SDNY 1:02-CR-451 | 3 | Acquittal | 4/16/02 | 2/23/05 | 11/8/06 | 54.7 | 20.5 |
| Pepin-Taveras, Humberto | EDNY 1:04-CR-156 | 2 | Life-jury | 2/20/04 | 3/3/05 | 9/15/08 | 54.8 | 42.4 |
| Barnes, Khalid | SDNY 1:04-CR-186 | 2 | Life-jury | 2/27/04 | 1/19/06 | 2/11/08 | 47.5 | 24.7 |
| Wilson, Ronell | EDNY 1:04-CR-1016 | 2 | Death Rev | 3/12/03 | 8/2/05 | 10/11/06 | 43.0 | 14.3 |
| McGriff, Kenneth | EDNY 1:04-CR-966 | 2 | Life-jury | 1/18/05 | 3/22/06 | 11/27/06 | 22.3 | 8.2 |
| Basciano, Vincent | EDNY 1:05-CR-60 | 1 | Life-jury | 1/26/05 | 4/2/07 | 3/1/11 | 73.2 | 47.0 |
| McTier, James | EDNY 1:05-CR-401 | 3 | Life-jury | 5/20/05 | 1/14/07 | 10/15/07 | 28.8 | 9.0 |
| Aquart, Azibo | D.CT 3:06-CR-160 | 3 | Death Rev | 9/2/05 | 1/29/09 | 4/6/11 | 67.1 | 26.2 |
| Saipov, Sayfullo Habibullaevic | SDNY 1:17-CR-722 | 8 | Life-jury | 11/1/17 | 9/28/18 | 10/11/22 | 59.3 | 48.4 |
| | | | | | | | 801.2 | 453.2 |
| | | | | | | Average: | 53.4 | 30.2 |

*United States v. Payton Gendron*

**22-CR-109-LJV**

# DEFENDANT'S EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                      22-CR-109 (LJV)

PAYTON GENDRON,

        Defendant.

---

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

| 2026 TRIAL DATE | |
|---|---|
| Date | Filing(s) |
| 3/31/2025 | Motion to Change Venue |
| 3/31/2025 | Challenges to VIE |
| 4/4/2025 | Proposed Juror Questionnaires |
| 4/7/2025 | Def. Reply to 924(c); Supplemental Submission Re *Delligatti* |
| 4/14/2025 | Def. Reply Re Aggravating Factors |
| 4/21/2025 | Gov. Response Re *Delligatti* |
| 4/28/2025 | Def. Reply Re *Delligatti* |
| 5/1/2025 | FDPA Proffers |
| 5/9/2025 | G. Responses to Venue and VIE |
| 5/20/2025 | *Roper* Hearing |
| 6/10/2025 | Def. Replies Venue and VIE |
| 6/30/2025 | Motions to Suppress |
| 7/28/2025 | G. Response to Motions to Suppress |
| 8/25/2025 | Def. Reply to Motions to Suppress |
| 9/9/2025 | OA re Motions to Suppress |
| 9/22/2025 | Hearings on Motions to Suppress (September -October 2026) (post-hearing briefing TBD as necessary) |
| 10/13/2025 | Parties to exchange Proposed Jury Instructions for the Guilt Phase |
| 10/27/2025 | Parties to confer re Proposed Jury Instructions for the Guilt Phase |
| 11/10/2025 | Guilt Phase - Parties to file Joint Proposed Jury Instructions with areas of agreement/disagreement clearly noted and MOL in Support |
| 12/1/2025 | Parties to exchange Proposed Jury Instructions for the Penalty Phase |

| 2026 TRIAL DATE ||
|---|---|
| Date | Filing(s) |
| 12/8/2025 | Responses to MOL's in support of Proposed Jury Instructions |
| 12/15/2025 | Parties to confer re Proposed Jury Instructions for the Penalty Phase |
| 12/22/2025 | Replies to Responses to MOL's in Support of Proposed Instructions |
| 1/5/2026 | OA re Guilt Phase Jury Instructions (week of 1/5 or 1/12) |
| 1/12/2026 | Penalty Phase - Parties to file Joint Proposed Jury Instructions with areas of agreement/disagreement clearly noted and MOL in Support |
| 1/26/2026 | Guilt Phase - Exhibit Lists; Witness Lists; Expert Disclosures |
| 2/2/2026 | Responses to MOL's in support of Proposed Jury Instructions |
| 2/2/2026 | Venue - Hearing (the week of 2/2) |
| 2/16/2026 | Replies to Responses to MOL's in Support of Proposed Instructions |
| 2/16/2026 | Def. Post Hearing Memo Re Venue |
| 2/23/2026 | Guilt Phase - MIL; Daubert Motions |
| 3/2/2026 | OA re Jury Instructions (week of 3/2 or 3/9) |
| 3/2/2026 | Penalty Phase -Exhibit Lists, Witness Lists, Expert Disclosures |
| 3/2/2026 | Gov. Post Hearing Memo Re Venue |
| 3/9/2026 | Def. Reply to Post Hearing Re Venue |
| 3/23/2026 | Guilt Phase - Response to MIL; Daubert |
| 3/30/2026 | Penalty Phase - Def. MIL |
| 3/23/2026 | OA Re Motion to Change Venue (the week of 3/23) |
| 4/13/2026 | One Step Summons/Qualification Forms mailed to prospective jurors |
| 4/20/2026 | Guilt Phase - Replies for MIL |
| 4/27/2026 | Penalty Phase - G. Response to MIL |
| 5/4/2026 | One Step Summons/Qualification Forms returned, distributed to court and parties |
| 5/4/2026 | week of - Guilt Phase - Daubert Hearings |
| 5/19/2026 | Def. 12.2 Notice |
| 5/25/2026 | Court to Excuse all Unqualified /Exempt Prospective Jurors |
| 5/25/2026 | Parties submit proposed instructions for jurors summoned to complete questionnaires |
| 5/25/2026 | Penalty Phase - Def. Reply for MIL |
| 6/1/2026 | G. Motion for 12.2 Evaluation |
| 6/8/2026 | Penalty Phase - Daubert Hearings |
| 6/15/2026 | Def. Response to G. Motion for 12.2 Evaluation |
| 6/22/2026 | G. Reply to Motion for 12.2 Evaluation |
| 6/22/2026 | Panels to Court to Complete Juror Questionnaires |

2

| **2026 TRIAL DATE** ||
| --- | --- |
| **Date** | **Filing(s)** |
| 6/29/2026 | Completion of Juror Questionnaires by all panels by this date |
| 7/13/2026 | All completed Juror Questionnaires provided to the parties in pdf form |
| 8/10/2026 | Parties Submit to Court list of stipulated strikes for cause and hardship |
| 9/8/2026 | Voir Dire Commences |