# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*             *716/843-5700*
*138 Delaware Avenue*        *fax 716/551-3052*
*Buffalo, New York 14202*    *Writer's Telephone: 716/843-5839*
                                *Writer's fax: 716/551-3196*
                                *Joseph.Tripi@usdoj.gov*

June 16, 2022

**Via Email and Hand-Delivery**
MaryBeth Covert, AFPD
Sonya Zoghlin, AFPD
Anne Burger, AFPD
300 Pearl Street, Suite 200
Buffalo, New York 14202

RE:     **United States v. Payton Gendron**
            **22-mj-124**

Dear Counselors:

Pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure and the government's agreement to provide voluntary discovery in this matter, enclosed are documents, videos, and photos, which are contained in the enclosed thumb drive in the following folders:

- Apology Letter to Family from Gendron Bedro...
- Bushmaster ATF 4473
- Bushmaster Receipt
- Crime Scene Exhibit with identity of victims
- Death Certificates
- Gendron Discord Post May 14_2022
- Gendron ID_Mossberg Purchase
- Gendron School Records
- Interview_Gendron
- Items from Residence
- NYSP Body Camera Footage_March 8, 2022
- Photos of Laptop
- Savage Arms 4473 and Receipt from Dicks
- Sketch #2 of Tops from Gendron Bedroom
- Speeding Ticket Info
- Text Thread re Payton Gendron_ May 13-14_20...
- Tops Receipt March 8, 2022
- BPD Bodycam
- Bushmaster Photos w Writings
- Copy of Manifesto from Laptop
- Crime Scene_Booking_Evidence Reports
- Discord Records_14 May 2022
- Gendron Discord To-Do List (provided by KS)
- Gendron Sales Receipt_ Mossberg
- GoPro Video
- iPhone Notes re Payton
- Mossberg ATF 4473
- Online Manifesto
- Receipts from Tops May 13_2022
- Shotgun Photos and FBI report
- Sketch of Tops from Gendron Bedroom
- State SW_Vehicle_GoPro_Phone
- Thumbdrive Documents

As you are aware, discovery is voluntary at the complaint stage, but we have provided a substantial amount of information for your review. If you have any questions or concerns, please reach out to us at any time.

Additionally, as you are aware, some of the charges alleged in the complaint carry the possibility of the death penalty. Therefore, we would like to have an initial mitigation presentation from you at the United States Attorney's Office on **July 18, 2022, at 10 a.m.** Of course, you would not be precluded from providing additional mitigation information after that date, and/or having additional mitigation conversations and/or meetings.

        Very truly yours,

        TRINI ROSS
        United States Attorney

BY:    Joseph M. Tripi
        Brett A. Harvey
        Brendan T. Cullinane
        Assistant United States Attorneys

        KRISTEN M. CLARKE
        Associate Attorney General, Civil Rights Division

BY:    Shan Patel
        Trial Attorney

Enclosure