

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*            *716/843-5700*
*138 Delaware Avenue*        *fax 716/551-3052*
*Buffalo, New York   14202*    *Writer's Telephone:   716/843-5872*
                                       *Maeve.Huggins@usdoj.gov*

April 30, 2025

**VIA CM/ECF**

Hon. Lawrence J. Vilardo
United States District Court Judge
2 Niagara Square
Buffalo, New York 14202

        RE:    **United States v. Payton Gendron**
                  **22-CR-109-LJV**

Dear Judge Vilardo:

       Pursuant to the Court's April 25, 2025, Text Order (*see* Docket No. 335), the government submits this letter in response to the defendant's request for an evidentiary hearing regarding his venue motion (*see* Docket No. 339).

       Any request for an evidentiary hearing at this stage is premature. The defendant's supplement to his motion to change venue is not due until June 2, 2025. In their April 29, 2025, letter, counsel requested to "comprehensively address" the request for an evidentiary hearing in their supplement. Without the benefit of his full briefing, the government is presently unable to fully oppose the defendant's request.

       Accordingly, the government respectfully requests to provide a wholesome response to the defendant's evidentiary hearing request in its opposition to the motion due on July 21, 2025.

                                                       Very truly yours,

                                                       MICHAEL DIGIACOMO
                                                      United States Attorney

                             BY:    s/MAEVE E. HUGGINS
                                     Assistant United States Attorney