IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                                               22-CR-109-LJV

PAYTON GENDRON,

                Defendant.

## NOTICE OF REMOVAL OF APPEARANCE

**TO**:   Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to **remove** my appearance as co-counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, May 2, 2025.

                                                     MICHAEL DIGIACOMO
                                                     United States Attorney

                   BY:   s/ANDREW J. HENNING
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          (716) 843-5796
                          Andrew.Henning@usdoj.gov