UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-CR-109-LJV |
| v. | |
| PAYTON GENDRON, | **NOTICE OF MOTION**<br>**TO WITHDRAW AS COUNSEL** |
| Defendant. | |

---

| | |
|---|---|
| **MOTION BY:** | Monica Foster, Executive Director, Indiana Community Defenders. |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers**. |
| **SUPPORTING PAPERS:** | Affirmation of Monica Foster dated May 1, 2025. |
| **RELIEF REQUESTED:** | To withdraw as counsel. |
| **DATED:** | Buffalo, New York, May 21, 2025. |

Respectfully submitted,

**/s Monica Foster**
Monica Foster, Executive Director
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520
monica_foster@fd.org
*Counsel for Defendant Payton Gendron*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-CR-109-LJV |
| v. | |
| | **AFFIRMATION** |
| PAYTON GENDRON, | |
| Defendant. | |

---

**MONICA FOSTER,** affirms under penalty of perjury that:

1. I am the Executive Director for the Indiana Federal Community Defenders, Indianapolis, Indiana, and was assigned to represent the above-named defendant, Payton Gendron.

2. I make this affirmation in support of my motion to be relieved as counsel in this case. Unfortunately, I have been diagnosed with a serious medical issue that requires immediate surgery and treatment.

3. Accordingly, I respectfully request that this Court relieve me from this case due to these unfortunate circumstances.

**DATED**: Buffalo, New York, May 21, 2025.

                                                Respectfully submitted,

                                                **/s/Monica Foster**
                                                Monica Foster, Executive Director
                                                Indiana Federal Community Defenders
                                                111 Monument Circle, Suite 3200
                                                Indianapolis, IN 46204
                                                317-383-3520
                                                monica_foster@fd.org
                                                *Counsel for Defendant Payton Gendron*