UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
          Plaintiff,

              1:22-cr-109

      -v-

              **CLERK'S CERTIFICATE / INDEX**

PAYTON GENDRON,
          Defendant.
_____

     I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

     **The following documents are not available electronically and are maintained in the Western District of New York.  Upon request, we will provide these documents to the USCA.**

          Docket No. 210         Docket No. 309
          Docket No. 268         Docket No. 341
          Docket No. 289         Docket No. 411

                                  MARY C. LOEWENGUTH
                                  Clerk of Court
                                  United States District Court


                                  By: s/  Donna_____

                                  Deputy Clerk


DATED:    November 14, 2025
             Buffalo, NY