# Federal Public Defender's Office
## Western District of New York

Marianne Mariano
**Federal Public Defender**
marianne_mariano@fd.org

MaryBeth Covert
**Senior Litigator**
marybeth_covert@fd.org

300 Pearl Street, Suite 200
Buffalo, New York 14202

716-551-3341
Fax: 716-551-3346

Rochester Office
28 East Main Street
First Federal Plaza, Suite 400
Rochester, New York 14614
585-263-6201
585-263-5871-Fax

Reply to: Buffalo

December 3, 2025

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

    Re:    <u>Motion to Redact Portions of ECF No.489</u>
                *United States v. Payton Gendron*, 22-CR-109-LJV

Your Honor:

    On behalf of Payton Gendron, we respectfully move to redact portions of ECF No. 489 (Sealed Document – Supplement to Motion to Change Venue, Docket Item 308) pursuant to the amended protective order (ECF No. 470) and Payton Gendron's right to a fair trial and impartial jury in this capital prosecution. *See* U.S. Const. amend. VI; ECF No. 457 (Defendant's Response in Opposition to Government's Motion to Modify Protective Order).

    As the Court requested, we will separately provide a copy of ECF No. 489 with our proposed redactions noted, along with any additional legal arguments, to chambers and the government by Monday, December 8, 2025.

                                              Respectfully,

/s/ *MaryBeth Covert*
MaryBeth Covert
Senior Litigator

/s/ *Sonya A. Zoghlin*
Sonya A. Zoghlin
Assistant Federal Public Defender

/s/ *Julie Brain*
Julie Brain
Attorney at Law

/s/ *Theresa M. Duncan*
Law Office of Theresa M. Duncan