**From:** Sonya Zoghlin
**To:** Harvey, Brett (USANYW); Tripi, Joseph (USANYW); Huggins, Maeve (USANYW); Warbel, Michael (CRM); Kruly, Charles (USANYW)
**Cc:** Teri Duncan; Julie Brain; MaryBeth Covert
**Subject:** [EXTERNAL] Defense trial submissions
**Date:** Friday, April 3, 2026 12:02:20 PM

---

Counselors:

As you know, under the Court's scheduling order, our trial submissions (exhibit list, witness list, and expert disclosures) are due today. At this point, we have not yet determined what witnesses or exhibits we will seek to present at trial and are, therefore, not in a position to provide you with that information. As we finalize our decisions, we will promptly give you notice as required by the Court.

Regards,

Sonya A. Zoghlin
Assistant Federal Public Defender
28 East Main Street
First Federal Plaza, Suite 400
Rochester, New York 14614
Phone: 585-263-6204
Fax: 585-263-5871