# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
**FEDERAL PUBLIC DEFENDER**
marianne_mariano@fd.org

MARYBETH COVERT
**SENIOR LITIGATOR**
marybeth_covert@fd.org

300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202

716-551-3341
FAX: 716-551-3346

ROCHESTER OFFICE
28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614
585-263-6201
585-263-5871-FAX

*REPLY TO:* BUFFALO

June 22, 2026

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

> Re:  *United States v. Payton Gendron*, 22-CR-109-LJV
> Motion to Seal ECF Nos. 599, 600, and 601

Your Honor:

On behalf of Payton Gendron, we respectfully move to seal ECF No. 599 (Motion to Preclude Expert Testimony of FBI SSA Matthew Yeager or, in the Alternative, to Compel Discovery Pursuant to Fed. R. Crim. P. 16(a)(1)(G)); ECF No. 600 (Motion to Exclude Inadmissible Victim Impact Evidence); and ECF No. 601 (Omnibus Motion in Limine to Preclude Inadmissible Evidence). Temporary sealing was granted pursuant to the amended protective order (ECF No. 470).

With jury selection now under way, we ask for continued sealing of ECF Nos. 599 and 601. Both of these motions request preclusion of evidence the government intends to offer at trial and the defense contends is inadmissible. The filings make extensive references to discovery/evidence that is squarely covered by the Protective Order Governing Discovery, ECF No. 27, and is also interwoven throughout the legal argument in each filing.

We request that sealing continue until such time as the issues raised therein are resolved at trial and the jury has returned a verdict, in order to ensure that Payton Gendron's right to a fair trial and impartial jury in this capital prosecution is protected. *See* U.S. Const. amend. VI; ECF No. 457 (Defendant's Response in Opposition to Government's Motion to Modify Protective Order).

For the same reasons the Court has notified counsel that it is inclined to seal the government's Written Summary of Proposed Testimony of Potential Penalty Phase Victim Impact Witnesses, which was filed on May 1, 2026, we request the sealing of  ECF No. 600 (Motion to Exclude Inadmissible Victim Impact Evidence). Both pleadings contain extensive references to the proposed testimony.

Respectfully,

/s/MaryBeth Covert
MaryBeth Covert
Senior Litigator

/s/Sonya A. Zoghlin
Sonya A. Zoghlin
Assistant Federal Public Defender

/s/Julie Brain
Julie Brain
Attorney at Law

/s/Theresa M. Duncan
Law Office of Theresa M. Duncan