IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

22-CR-109-V

PAYTON GENDRON,

Defendant.

## ORDER TO PRODUCE RECORDS

On July 28, 2022, the defendant, Payton Gendron ("Gendron"), moved for a protective order prohibiting the government from accessing his pretrial detention records. See Docket Item 15. The government opposed the motion, see Docket Item 92, but agreed not to seek to obtain Gendron's pretrial detention records while the motion was pending, Docket Item 53 at 6-7. Gendron filed a reply, see Docket Item 20, and the government filed a sur-reply, see Docket Item 23.

The Court heard oral argument on February 2, 2024, and allowed the parties to file additional briefs to address whether the government needed to demonstrate some level of relevance before accessing the records. See Docket Item 135. The government filed a supplemental memorandum, see Docket Item 140; Gendron responded, see Docket Item 144; and the government replied, see Docket Item 146.

On August 30, 2024, the government moved for disclosure of Gendron's pretrial detention records from the ERIE COUNTY HOLDING CENTER and the LIVINGSTON COUNTY JAIL. See Docket Item 208. Gendron filed a response to the motion, see Docket Item 220, and the government filed a reply. See Docket Item 227.

On June 22, 2026, Gendron filed a notice under FED. R. CRIM. P. 12.2 stating his intent to introduce expert mental health evidence at the potential capital sentencing hearing in this case. *See* Docket Item 609. On July 2, 2026, the government filed a motion to conduct mental health examinations of Gendron. *See* Docket Item 621. Gendron filed a response, *see* Docket Item 625; the government filed a reply, *see* Docket Item 633; and Gendron filed a sur-reply. *See* Docket Item 645.

On July 30, 2026, during oral argument on the government's motion to conduct mental health examinations of Gendron, the Court ordered that the ERIE COUNTY HOLDING CENTER disclose to defense counsel all medical, mental health, and observational records relating to Gendron.

**WHEREAS**, under the Court's Order, the ERIE COUNTY HOLDING CENTER shall produce all medical, mental health, and observational records relating to Gendron to defense counsel,

**NOW**, it is hereby

**ORDERED** that ERIE COUNTY HOLDING CENTER personnel shall produce all medical, mental health, and observational records relating to Gendron to Gendron's defense counsel (at the Federal Public Defender's Office, 28 E. Main Street, Suite 400, Rochester, New York 14614) no later than **August 24, 2026**.

**The government shall provide a copy of this order to the ERIE COUNTY HOLDING CENTER.**

DATED:   Buffalo, New York, August ___10___, 2026.

_____
LAWRENCE J. VILARDO
United States District Judge
Western District of New York

2