*United States v. Payton Gendron*

22-CR-109-LJV

# EXHIBIT B

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*

*716/843-5700*
*fax 716/551-3052*
*Writer's Telephone: 716/843-5839*
*Writer's fax: 716/551-3196*
*Joseph.Tripi@usdoj.gov*

June 2, 2026

**VIA EMAIL**
Federal Public Defender's Office
Western District of New York
300 Pearl Street, Suite 200
Buffalo, New York 14202

Attn: AFPDs Sonya Zoghlin and MaryBeth Covert, Julie Brain, Esq., and Theresa M. Duncan, Esq.

RE: **United States v. Payton Gendron**
**22-CR-109-LJV**

Dear Counselors:

Please accept this response to your supplemental discovery demand letter, received on April 21, 2026, related to the anticipated expert trial testimony of Federal Bureau of Investigation Supervisory Special Agent Matther Yeager. We respectfully decline to supplement our November 6, 2025, expert disclosure as it complies with Fed. R. Crim. P. 16(a)(1)(G).

If you have any questions, please contact me.

Very truly yours,

MICHAEL DIGIACOMO
United States Attorney

BY: s/JOSEPH M. TRIPI
Assistant United States Attorney