UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAYTON GENDRON

Defendant.

22-cr-00109-LJV

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Kristina Leslie, Director of the Federal Capital Trial Project, administratively hosted in an Assistant Federal Public Defender position in the Office of the Federal Public Defender for the Middle District of Tennessee, am authorized to practice in this Court, and you are hereby requested to enter my appearance as co-counsel for Payton Gendron.

DATED: Nashville, Tennessee, September 24, 2026.

Respectfully submitted,

**/s/ Kristina Leslie**
Kristina Leslie
Director, Federal Capital Trial Project
Administratively Hosted by the Office of the Federal Public Defender, Middle District of Tennessee
164 Rosa L Parks Blvd
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
kristina_leslie@fd.org
Attorney for Defendant