UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAYTON GENDRON

Defendant.

22-cr-00109-LJV

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Matthew Rubenstein, an Assistant Federal Public Defender, and the Office of the Federal Public Defender for the District of Maryland, am authorized to practice in this Court, and you are hereby requested to enter my appearance as co-counsel for Payton Gendron.

DATED: Portland, Oregon, September 24, 2026.

Respectfully submitted,

**/s/ Matthew Rubenstein**

Matthew Rubenstein
Office of the Federal Public Defender,
District of Maryland
100 S. Charles St., Suite 900, Tower II
Baltimore, MD 21201-2705
(503) 780-3535
Fax (866) 256-0290
matt_rubenstein@fd.org
Attorney for Defendant